AO 240 (DELAWARE REV 7/00)



FILED

MAR 11 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

JOHN M. HERKA
Plaintiff

V.

Dr Burns, Dr Ali,
Dr Rogers, Dr Mancuso
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:    0 5 - 1 5 0

I, JOHN Michael Herks declare that I am the (check appropriate box) ☒ Petitioner/Plaintiff/Movant ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration
   DELAWARE CORRECTIONAL CENTER- SMYRNA DEL
   Are you employed at the institution? ☐ Yes ☒ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions.  Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. OCTOBER 2002
   1,200/wk. SILCON INC 811 BOND ST ELIZABETH NJ.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☒ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.
   NJ- UNEMPLOYMENT - 900.00 - LAST ELIGABLE PAYMENT WAS
   MARCH 2004

4.  Do you have any cash or checking or savings accounts?     ☐ Yes  ☒ No

    If "Yes" state the total amount  $ _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     ☐ Yes  ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

    NONE

    I declare under penalty of perjury that the above information is true and correct.

    Date: _2-26-05_          Signature of Applicant _Jolu Herka_

# CERTIFICATE

(Incarcerated applicants only)

*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _____ .07 _____ on account his/her credit at (name

of institution) _____ Delaware Correctional Center _____ .

I further certify that the applicant has the following securities to his/her credit: _____ N/A _____

I further certify that during the past six months the applicant's average monthly balance was $ _____ 0 _____

and the average monthly deposits were $ _____ ,01 _____

_____ 1/31/05 _____

Date

_____ Stacy Shane _____

Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER
SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS
ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:        _John Herla_          SBI#:  _531922_

FROM:      Stacy Shane, Support Services Secretary

RE:        **6 Months Account Statement**

DATE:      _January 31, 2005_

---

Attached are copies of your inmate account statement for the months of
_July 1, 2004_     to     _December 31, 2004_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| July  | 0 |
| Aug   | 0 |
| Sept  | 0 |
| Oct   | 0 |
| Nov   | 0 |
| Dec   | .01 |

Average daily balances/6 months: _0_

Attachments
CC:   File

Stacy Shane
1/31/05

NOTARY

1/31/05

# Individual Statement

From 7/1/2004 To 8/31/2004

NAME
ACCOUNT ID
DORM

| TRANSACTION | DEPOSIT (OR WITHDRAWAL) AMOUNT | RECEIPT | PAYTO |
|---|---|---|---|

COMMENTS:

Transactions For:

# Individual Statement - No Transactions This Month

Date Printed: 1/21/2005                                                                     Page 1 of 1

## For Month of September 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00531922 | HERKA | JOHN | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | Ending Mth Balance: | $0.00 |
|--|--|--|--|--|--|

# Individual Statement - No Transactions This Month

Date Printed: 1/21/2005                                                                    Page 1 of 1

## For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00531922 | HERKA | JOHN | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | | Ending Mth Balance: | $0.00 |
|--|--|--|--|--|--|--|

# Individual Statement - No Transactions This Month

Date Printed:  1/21/2005                                                                 Page 1 of 1

## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00531922 | HERKA | JOHN | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

Date Printed: 1/21/2005

## Individual Statement

### For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00531922 | HERKA | JOHN | | | | |
| Current Location: | SU/1 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 12/14/2004 | $0.00 | $0.00 | $0.00 | $0.00 | 43996 | | | |
| Misc | 12/28/2004 | $0.07 | $0.00 | $0.00 | $0.07 | 49218 | | SCI | |

Ending Mth Balance:    $0.07