FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT

UNDER THE CIVIL RIGHTS ACT, 42 U.S.C ₴ 1983

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE



JOHN MICHAEL HERKA

v

DR. ALI, DR ROGERS, DR BURNS,

DR. MANCUSCO                    0 5 - 1 5 0

I. PREVIOUS lAWSUITS

  A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURTS

    DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR

    OTHERWISE relating TO YOUR IMPRISONMENT?

    YES ___ NO X

  B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE

    SPACE BELOW.

    i. PARTIES TO THIS PREVIOUS lAWSUit

  PLANTIFFS:

  DEFENDANTS:

2. Court (if federal court, name the district; if state court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [✗] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✗] No [ ]

C. If your answer is YES,

1. What steps did you take? FILLED OUT NUMEROUS GRIEVANCES

ABOUT MEDICAL TREATMENT

2. What was the result? COMMITEE SAID NOTHING WOULD

BE DONE

D. If your answer is NO, explain why not _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✗] No [ ]

F. If your answer is YES,

1. What steps did you take? THEY SAID THEY HAVE NO SAY WHEN

IT COMES TO ACTIONS BY THE MEDICAL DEPT

2. What was the result? NOTHING DONE

_____

III PARTIES

(IN ITEM A BELOW, PLACE YOUR NAME IN THE FIRST BLANK AND PLACE YOUR PRESENT ADDRESS IN THE SECOND BLANK. DO THE SAME FOR ADDITIONAL PLANTIFFS, IF ANY.)

A. NAME OF PLANTIFF: JOHN MICHAEL HERKA

ADDRESS: 1180 PADDOCK Rd, SMYRNA DE, 19977

( IN ITEM B BELOW, PLACE THE FULL NAME OF THE DEFENDANT IN THE FIRST BLANK, HIS OFFICIAL POSITION IN THE SECOND BLANK, AND HIS PLACE OF EMPLOYMENT IN THE THIRD BLANK, USE ITEM C FOR THE NAMES AND PLACEMENT OF EMPLOYMENT OF ANY ADDITIONAL DEFENDANTS.)

DEFENDANT: DR BURNS IS EMPLOYED AS A PRISON DOCTOR AT SUSSEX CORRECTIONAL INSTUTE GEORGETOWN DE, 1994

ADDITIONAL DEFENDANTS: DR ALI IS EMPLOYED AS A PRISON DOCTOR AT DELAWARE CORRECTIONA CENTER SMYRNA DE, 19977

DR. ROGERS IS EMPLOYED AS A PRISON DOCTOR AT DELAWARE CORRECTIONAL CENTER SMYRNA DE, 19977

DR MANCUSO IS EMPLOYED AS A PRISON DOCTOR AT DELAWARE CORRECTIONAL CENTER SMYRNA DE, 19977

IV STATEMENT OF CLAIM.

(STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF THE CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED.)

*SEE ATTACHED 23 PAGES OF CLAIMS.

MATTERS AND FACTS SET FORTH IN THE FOLLOWING DOCUMENT
ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND      PAGE 1
BELIEF.     John Herka - 2-13-05

STATMENT OF CLAIM

INTRODUCTION

SINCE ARRIVING AT SUSSEX CORRECTIONAL INSTITUTE (S.C.I) ON
JULY 26, 2004, THE MEDICAL STAFF, ALL EMPLOYEES OF FIRST
CORRECTIONAL MEDICINE (F.C.M), HAVE ACTED WITH BLATANT
DISREGARD WHEN IT COMES TO MY WELL BEING. THEIR Procedures
AND DIAGNOSTIC PRACTICES, PUT IN PLACE BY DR BURNS, HAS PLACED
MY LIFE IN JEOPARDY NUMEROUS TIMES. THESE PROCEDURES
INSTITUTED WERE ONLY USED ON MYSELF, NOT ON ANY OTHER
INMATE AT THE FACILITY. THESE PROCEDURAL GUIDLINES WOULD
IGNORE VITALS TAKEN BY A BLOOD PRESSURE MACHINE, ALONG
WITH DISREGARDING ANY OTHER CONDITIONS (IE. CHEST PAIN,
DIFFUCULTY BREATHING) I WOULD BE EXHIBITING. THIS WAS
BEING DONE WITH THE KNOWLEDGE OF MY MEDICAL HISTORY.
WHICH INCLUDES, 3 HEART ATTACKS SINCE SEPT 2003, 2 STINTS
PLACED IN ARTERIES IN SEPT 2003, 10 HOSPITAL STAYS SINCE
2003, 2 RECENT HOSPITAL STAYS IN JUNE & JULY OF 2004, AND
A RECALL OF MY STINTS BY JOHNSON & JOHNSON DUE TO CLOTTING,
THAT WAS OCCURING. EVEN WITH ALL THESE FACTS KNOWN,
DR BURNS HAD ALL F.C.M EMPLOYEES DISREGARD SYMPTOMS
THAT IN THE PAST HAS SENT ME TO THE HOSPITAL. WITH
HER ACTIONS, I HAVE HAD MY RIGHTS VIOLATED NUMEROUS
TIMES, by PREVENTING ME FROM GETTING NEEDED CARE.
AND BECAUSE OF HER, MY LIFE HAS BEEN PUT IN DANGER,
AND LIFE EYPECTANCY SHORTENED. WITHIN THESE NEXT
PARAGRAPHS WILL BE BREIF DETAILS OF JUST WHAT
ACTION DR BURNS, ALONG WITH OTHER F.C.M EMPLOYEES, WHO
VIOLATED MY CIVIL RIGHTS.

(OVER)

i. I WAS TRANSFERED FROM WORCESTER COUNTY JAIL IN Maryland TO S.C.I ON JULY 26, 2004. ALONG WITH ME CAME A DETAILED MEDICAL FILE COMPILED BY THEIR PHYSICIAN Dr. Clem. THIS FILE CONTAINED DETAILED RECORDS REGARDING MY 3 HEART ATTACKS, 2 STINTS, AND NUMEROUS HOSPITAL STAYS, BECAUSE OF DANGEROUSLY HIGH BLOOD PRESSURE. THIS INFORMATION CAME TO DR CLEM FROM MY CARDIOLOGIST FROM New Jersey DR Kuo, who had been treating me SINCE MY FIRST HEART ATTACK IN SEPT 2003. ALONG WITH these records came MY LIST OF MEDICATIONS, THAT DR KUO PRESCRIBED over THE LAST 1½ Years, AT THAT TIME IT NUMBERED OVER 20 PILLS A DAY. IMMEDIATLY UPON ARRIVAL I WAS SEEN BY A NURSE, who GAVE me a BASIC EXAM. AFTER COMPLETION, SHE CALLED DR BURNS AND read to her the list OF MY MEDS I WAS ON. OVER A PHONE, WITHOUT the PRIVILEDGE of EXAMINING ME, or SEEING MY FILE, THIS DOCTOR DISCONTINUED 3 BLOOD PRESSURE PILLS AND 2 HEART PILLS. I WAS TOLD BY THE NURSE, THE DOCTOR SAW NO NEED FOR SO MANY PILLS. WHAT THIS DOCTOR DID WAS PREVENT ME FROM GETTING LIFE SUBSTAINING MEDICATION PRESCRIBED BY A CARDIOLOGIST who I HAVE SEEN REGUARLY OVER A 1½ YEAR PERIOD. AND, AS YOU WILL see IN THE NEXT INCIDENT, JUST WHAT effect DR BURNS DECISION HAD ON MY WELL BEING, AND how SHE HAD PUT MY LIFE IN JEOPARDY. THIS WAS A BLATANT ACT OF MALPRACTICE AND MEDICAL NEGLECT AT THE HANDS OF A DOCTOR I HAVE NO CHOICE BUT TO USE, AS AN INMATE AT S.C.I.

PAGE 3.

2. AS A RESULT OF DR BURNS DOING AWAY WITH 5 OF MY
MEDKATIONS, MY BLOOD PRESSURE IMMEDIATLY STARTED TO RISE.
Finally on Aug 2ND, only 7 days under the care of Dr Burns
I experienced servere CHEST PAINS AND TROUBLE BREATHING.
NURSES WERE CALLED, AND ARRIVED AT MY CELL WITH A
PORTABLE BLOOD PRESSURE MACHINE, AND OXYGEN. THEY TOOK
MY VITALS AND FOUND MY PRESSURE TO BE 170/140 WITH
A HEART RATE OF OVER 160/Beats per minute. THEY
IMMEDIATLY CALLED For PARAMEDICS, AND AT THE SAME
TIME PAGED Dr BURNS, WHO WAS NOT AT THE JAIL. WHEN
MEDICS ARRIVED THEY HOOKED ME UP TO THEIR EKG
MACHINE, IN ORDER TO GET A CLEAR PICTURE OF WHAT
WAS GOING ON WITH MY HEART. THEIR VITAL'S MATCHED
WHAT THE NURSES GOT, AND THEIR EKG SHOWED AN
IRREGULAR HEART BEAT. WITH THIS KNOWLEDGE, THEY
DETERMINED I NEEDED TO GET TO A HOSPITAL WHERE
CARDIOLOGISTS COULD TAKE OVER. As PARAMEDICS WERE
GETTING READY TO GET ME TO THE AMBULANCE, Dr
BURNS CALLED AND SPOKE TO HER NURSE. From THE
WAY SHE WAS ANSWERING Dr BURNS ON THE PHONE it
WAS APPARENT THE DOCTOR WAS UPSET. THIS WAS
Further confirmed when the nurse relayed a
message To THE PARAMEDICS From Dr Burns.-Her
NURSE SAID "Dr BURNS DID NOT WANT ME TRANSFERED
TO THE HOSPITAL, THAT SHE KNOWS MY SYMPTOMS
WERE FAKE". THE MEDICS IGNORED THIS COMMENT
AND PLACED ME IN THE AMBULANCE For TRANSPORT
TO BEEBEE HOSPITAL. I WAS Seen immediatly
over

PAGE 4

by Dr. Dahr, the on-call CARDIOLOGIST THAT NIGHT. HE DETERMINED MY CONDITION TO BE GRAVE, AND proceeded to admitt me for further tests. THESE TESTS TOOK 4 DAYS to complete, while the Doctors SLOWLY GOT MY CONDITION STABILIZED. I WAS Discharged on THE 5th DAY, but not Before Dr. Dahr explained what occured. With THE DISCONTINUING OF THOSE 5 MEDICATION, MY BODY WENT INTO A TYPE OF SHOCK, AND AS A RESULT MY BLOOD pressure went DANGEROUSLY HIGH, PUTTING SIGNIFICANT STRESS ON MY HEART. THIS STRESS THEN CAUSED MY HEART TO ENLARGE, CAUSING DAMAGE TO IT. THEY PROVED THEIR THEORY correct, by PUTTING ME BACK ON MY MEDICATIONS AND SLOWLY MY VITALS STABILIZED. UPON DISCHARGE THEY WANTED ME TO TAKE IT EASY, AND wrote to THE DOCTOR EXPLAINING I NEED TO BE SEEN BY A CARDIOLOGIST 2 TIMES per MONTH. WHEN I GOT BACK TO S.C.I Dr. Burns examined me AND seemed very AGITATED WITH ME. SHE INFORMED ME, I DID NOT NEED TO BE SEEN REGULARY BY A CARDIOLOGIST, AND THAT SHE KNEW I WAS FAKING MY CONDITION, JUST SO I could get out of the ~~HOSPITAL~~ JAIL for Awhile. SHE CONTINUED BY TELLING ME THINGS would be different from now on. I ASKED HER WHAT SHE MEANT BY THAT STATMENT, BUT SHE WOULD NOT ELABORATE. But you will see what she meant in the incidents to follow, AND how I almost lost my life AS A RESULT OF Her POLICIES SHE SET up for me.

PAGE 5.

3. AFTER RETURNING FROM BEEBE, THINGS REALLY DID CHANGE. FOR STARTERS, MY VITALS WERE TAKEN EVERY DAY BY THE NURSES, BUT WHAT DID CHANGE WAS THEIR METHOD. WHAT THE NURSES DID NOW WAS TO FIRST TAKE MY VITALS LIKE EVERY OTHER INMATE, USING THE BLOOD PRESSURE MACHINE. IF THE VITALS WERE NORMAL THE NURSES WOULD RECORD THEM INTO MY CHART. But when THE READINGS WERE HIGH, THE NURSES WOULD proceed to take it manually, AND RECORD A BLOOD PRESSURE THEY SAID WAS NORMAL. But this is impossible due to A condition in my ARMS cAlled Bruee's, which are CONSTRICTIONS IN THE ARTERIES, PREVENTING NORMAL BLOOD FLOW. ALSO DUE TO THIS CONDITION A NORMAL STETHASCOPE CAN NOT HEAR MY HEART, BECAUSE IT IS SO WEAK IN THE ARMS. And without hearing a heartbeat you CANNOT TAKE ONES BLOOD PRESSURE manually. This is well documented in all my medical files. The only WAY HOSPITALS CAN TAKE MY VITALS manually is with AN ultrasound stethascope, with is very sensitive to sound and amplifies what you are hearing. And, S.C.I does NOT HAVE this equipment, so it Becomes Apparent they are disregarding the real numbers, AND SUBSTITUTING FAKE ONES IN THEIR PLACE. I confronted the head NURSE Amy with these FACTS ABOUT MY Bruees, AND AT FIRST SHE HAD NO clue what I WAS TALKING ABOUT. SHE FINALLY SAID SHE knew what I WAS TALKING ABOUT, AFTER I EXplained what they were. SHE INFORMED ME THAT HER NURSES WERE ABLE TO GET READINGS, AND THAT THE VITALS BEING RECORDED were correct. I told her that JUST

page 6

The other week At BeeBe, THE NURSES AND my CARDIOLOGIST had to use the special stethascope to take my Blood Pressure manually. She did not answer the Question BUT SHE DID TELL ME Dr Burns informed her that this is the procedure for my VITALS FROM NOW ON. She SAID, THEY had to do this Because of my ablity to change my vitals AT will. AND THAT I ALWAYS FAKE MY MEDICAL CONDITION. I MADE IT CLEAR TO HER THAT everytime I had high VITALS AND chest pains, I was admitted to A Hospital by a cardiologist, SO I TOLD HER THAT Theory WAS ABSURD. FROM THAT DATE on, WHOM EVER WAS TAKING MY VITALS would be informed by Amy ABOUT my ABILITY TO FAKE MY VITALS. WHAT THIS DID WAS give Dr Burns NORMal VITALS ALL THE TIME, EVEN THOUGH ON MANY OCCASIONS THE MACHINE GAVE HIGH BLOOD PRESSURE READINGS. WHAT THIS DID on numerous occasions when I had High Blood pressure, and symptoms of chest pains, was Allow them to dismiss IT. THEY WOULD TAKE my VITALS manually and say everything was Normal, and dismiss the episode as just me Faking it, AGAIN. WHAT THIS WAS WAS BLATANT ABUSE OF Power, and OBVIOUS medical mal practice, THAT AS YOU will See Almost COST ME my life.

4. AS PREVIOUSLY STATED, WITH THE ABSURD PRACTICE OF IGNORING MY REAL VITALS, DR BURNS WAS ABLE TO DISMISS BLOOD pressure and symptons That normally would give warnings OF pending Heart problems. This is what she did on 2 OCCASIONS, ONE IN Aug AND THE OTHER IN SEPT. BOTH EPISODES WERE VERY similiar, in that I WAS found unconcious in my cell by gaurds. BOTH TIMES I WAS TAKEN TO THE INFIRMERY where they would take my VITALS manually, and proceed to CALL Dr BURNS AT HOME. OF COURSE, MY VITALS would be normal, even though I could feel by pressure behind my eyes that they were very high. Dr BURNS, would then tell these nurses to take AN EKG READING. ON BOTH OCCASIONS, THE NURSES REFERED TO THE MANUAL JUST TO GET me connected AFTER WHICH THEY WOULD GET THE READINGS AND CALL DR. BURNS BACK. But, before the call WAS made the NURSES on both occasions Asked me if I had an irregular heart beat, which I Answered NO. THEY THEN CALLED HER BACK, AND TOLD HER ABOUT THE IRREGULAR HEART BEAT, AND YET SHE SENT ME BACK TO MY CELL DISMISSING IT AS ANOTHER FAKE EMERGENCY, BY ME. BUT AS YOU WILL see She WAS SO WRONG, AND BECAUSE of her CONSTANT Dismissal of my problems, I almost lost my life. AND AS YOU WILL see if She JUST let me get needed medical treatment at the time this ALL could have been AVOIDED

(OVER)

PAGE 8

5. ON OCT 29, 2004 while in the CUSTODY OF U.S MARSHALLS in WILMINGTON, I STARTED TO GET SERVERE CHEST PAINS; ALONG WITH DIFFUCULTY BREATHING THEY CALLED FOR Paramedics who arrived in no time. They took my VITALS VIA THE MACHINE AND GOT A BLOOD pressure of 50/20. WITH A Heart rate of ALMOST 200 BEATS/ minute. IT WAS DURING TRANSIT, THAT I LOST ALL BLOOD PRESSURE WHICH MEANT NO BLOOD WAS being circulated by my heart. THE MEDICS, WITH GUIDANCE FROM DOCTORS AT CHRISTIANA HOSPITAL GOT A low and steady pressure untill I ARRIVED at the emergency room, A TEAM OF CARDIOLOGISTS WAS WAITING FOR ME, AND IMMEDIATLY WENT TO WORK TRYING TO STABILIZE my heart. IT TOOK THEM A FEW HOURS TO ACCOMPLISH this, but once done I immediatly went for emergency exploratory Heart Surgery. What they found were both of my STINTS completly clogged preventing the flow of Blood to my heart, THIS WAS THE 3RD TIME in 1½ years This HAD to be done. Once cleaned out blood started flowing freely, but my heart allready substained irreversible damAGE. Once in my room RECOVERING, Dr Kennedy the individual that performed the operation came to talk to me. He FIRST WANTED TO KNOW IF FOR THE LAST FEW MONTHS WAS my BLOOD pressure High, AND had I had bouts with chest pains. I explained I did not know what my blood pressure was, put did tell him about the 2 times I had chest

PAGE 9

PAINS, but DR BURNS DISMISSED them. What he explained to me was my blood pressure for the last few months had to be high, with such little blood FLOWING THROUGH MY ARTERIES. HE CONTINUED TO EXPLAIN THE 2 EPISODES WHERE I HAD CHEST PAINS WERE EARLY WARNING SIGNS. DR Kennedy SAID MY STINTS TOOK APPROXIMATLY 3 MONTH TO GET AS BAD AS THEY DID. HE TOLD ME, IF I HAD SOUGHT MEDICAL CARE THOSE times, ANY CARDIOLOGIST would of found the problem with a simple stress test. AND THEN THE DAMAGE my heart substained would have never happen. I stayed at CHRISTIANA FOR 10 days while they STABILIZED me AND RAN many tests. AT DISCHARGE ONCE AGAIN MY DOCTORS SAID I NEEDED TO BE SEEN REGULARLY BY A CARDIOLOGIST. I WAS SENT BACK TO S.C. I under the CARE OF DR BURNS. IT IS OBVIOUS THAT THE procedures put in place BY DR BURNS hid my blood pressure when it was obviously very HIGH. ALONG WITH THIS, IF SHE LOOKED AT MY VITALS AND MY CHEST PAINS LIKE ANY OTHER DOCTOR whos care I was under, I would have been sent to the hospital. In turn, I would have not recieved Damage to my heart which is irreversible, AND will shorten my life expectancy. THIS Doctors ACTIONS ARE ALMOST CRIMINAL AND should be investigated by the A.M.A. EVEN KNOWING what she did to me, her actions continued up to the last day I WAS housed at S.C.I. which, once AGAIN will show the similar ACTIONS TAKEN BY DR BURNS

(over)

PAGE 10

6. THE FINAL TIME Dr BURNS TRIED TO prevent ME From RECEIVING MEDICAL TREATMENT WHEN NEEDED WAS ON DEC 6th While AT COURT. AT AROUND 10'oclock I STARTED TO GET VERY BAD CHEST PAINS, SOME OF THE WORSE I EVER EXPERIENCED. ALONG WITH THE PAIN I STARTED TO COUGH UP LARGE Quantities of Blood, until I Finally passed out. When I regained conciousness paramedics were there STARTING TO EVACUATE my CONDITION. THEY DETERMINED MY HEART WAS EXPERICING MAJor problems AND the coughing up of blood was very serious. Because of these Conditions THESE TRAINED Paramedics prepared to get me to BeeBe HOSPITAL. WHILE WHEELING ME OUT, A COURTHOUSE GAURD CAME over to the medics And told them Dr BURNS Does not want me to go to the hospital. And would the AMBULANCE JUST TAKE ME BACK TO THE JAIL. THE ~~GAURDS~~ MEDICS REFUSED HER REQUEST TELLING THE GAURD I NEEDED TO GET TO THE HOSPITAL. While in the AMBULANCE prior to leaving the Courthouse the paramedics were attempting to start I.V's on me. Once AGAIN the same gaurd CAME in and SAID that Dr BURNS wants then to stop at the JAIL Prior to going to the hospital, to show them I was FAKING my CONDITION. ONCE AGAIN THIS DOCTOR TRIED TU tell TRAINED Personell on THE scene they did not Know what they were doing. But once AGAIN paramedics IGNOred her and took me to the hospital. Where I WAS Admitted and stayed for 5 days

PAGE 11

While DOCTORS ATTEMPTED TO SLOW DOWN my heart, and find out why I WAS COUGHING UP BLOOD. They discovered VIA A BRONC-O-Scope that I had polyips in my LUNGS THAT WERE Bleeding, and used a laser to correct this problem. ONCE EUERYTHING WAS STABILIZED I WAS DISCHARGED, WITH THE DOCTORS ONCE AGAIN TELLING ME I NEEDED TO BE SEEN REGURARLY by A CARDIOLOGIST. By this time, IT HAS BEEN 6 months Since I WAS TOLD TO SEE A CARDIOLOGIST, BUT DR. Burns prevented me from seeing one. I WAS Sent BACK TO S.C.I FOR 3 DAYS BEFORE BEING TRANSFERED TO DELAWARE CORRECTIONAL center in Smyrna. But Dr Burns procedures and lies followed me via an E-MAIL. IN THIS E-MAIL THAT I SEEN ON ARRIVAL TO D.C.C, SHE TOLD THE MEDICAL STAFF THAT TO IGNORE MY MEDICAL EMERGENCIES BECAUSE they ARE FAKE, and that I can alter my VITALS AT WILL. You would think her view would change since everytime she SAID I WAS FAKING IT, I ENDED UP being ADMITTED TO THE HOSPITAL. But it became apparent almost immediatly, that this medical staff Accepted her false diagnosis and would continue to treat my medical condition the same way. IT WAS AT ABOUT THIS TIME I BEGAN TO wonder what motive would this Doctor have for putting my life in Danger. The only thing I could think of is money, SINCE THIS IS AN OUTSIDE company Running these facilities, Is there

PAGE 12

INSENTIVES TO KEEP THE COST OF MY MEDICAL TREATMENT TO A MINIMUM. And of course with todays medical COSTS, my STAYS AND procedure COSTS START TO RON INTO THE HUNDRED OF THOUSANDS OF DOLLARS. AND AS you will see the staff at D.C.C is no Different.

7. UPON ARRIVAL AT D.C.C I WAS Seen BY A NURSE TO REVIEW MY MEDICATIONS, AND GO Over my HISTORY. IT WAS WHILE MY FILE WAS OPENED THAT I SAW THE E-MAIL FROM DR BURNS, That I refered to earlier. AFTER MY INTERVIEW, I WAS put INTO A HOLDING CELL AWAITING TRANSFER TO MY TIER. IT WAS DURING THIS TIME THAT I HAD STARTED TO COUGH UP BLOOD. I WAS WARNED BY THE DOCTOR WHO HAD JUST DONE my BRONCO-SCOPE A FEW DAYS earlier, that IF I STARTED TO COUGH UP BLOOD, I SHOULD GET TO A HOSPITAL. I INFORMED THE GAURD OF my problem and he SAID A NURSE WAS On his WAY. A half an hour later NURSE BOB SHOWED UP, AND HIS FIRST comment TU ME WAS TO STOP EXAGGERATING, He then took me to A ROOM and SAID they ARE AWARE OF EVERYthing about me and my medical history while AT S.C.I. He watch me cough up blood and proceeded to give me a COUGH DROP. IT WAS AT THIS TIME he left to call Dr Ali the head doctor AT D.C.C. He hung up with her, and said Dr Ali. Read my File From the most recent stay at

PAGE 13

BeeBee, AND She is well Aware of my Stay AT S.C.I.
AND IN Her opinion, I did not need any medical care.
Be ADUISED, THAT BEFORE LEAVING BEEBE I WAS never
ASKED TO SIGN Release forms, So records of my STAY
AND everything done to me WAS never Sent along
with me at the time of discharge. So IT IS A blatant
lie that this doctor WAS AWARE of the results of
my Bronchoscope. So IT BECOMES obvious that the
conditions that exsisted AT S.C.I., were being
administered at D.C.C, AT THE URGING OF DR BURNS,
VIA- E-MAIL. The records of that Stay at BEEBE, ARE
STILL NOT PART OF MY FILE. This WAS only the beginning
of what I have been put through by medical
personnel here.

8. There are major Differences here at D.C.C. THEY
don't take my heart nor blood pressure conditions
Seriously, because exept for a Stay In the Infirmary
they never take my blood pressure. They tell me that
I will be scheduled to See the Doctor once every 4
MONTHS. Then on DEC 17th AN INCIDENT OCCURED
that also showed that the nurses at D.C.C
were also told to disregard ANY medical
emergencies, I may have. AT Dinner Time while
eating In my cell I passed out and Fell bAckwards
hitting my BACK on a STEEL BEDFrame. Since we
are locked down 24 hours a day my meds
ARE delivered to my cell by a Nurse at around
(OVER)

PAGE 14

6 P.M. THE MEDS ARE GIVEN TO INMATES Through a window that is 4 feet of the ground AND IS ABOUT 2FT x 2FT. ON THIS Particular NIGHT when the door was opened to give me my MEDS I WAS STILL UNCONCIOUS ON THE FLOOR. THE NURSE and gaurd saw me because they banged the key to try to revive me. I did not get up, so what did NURSE CAROL DO, She put my meals on the tray near the window, turned to the gaurd and said do not worry, he is FAKING IT. THE WINDOW WAS closed and She left me there. I WAS TOLD UPON Regaining cinciousness what nurse carol did by the inmate in the next cell, ADOLPH Connover. He WAS OUTSIDE ~~HIS~~ CELL DOOR, coming back From a Shower when the nurse was there. That NIGHT I WAS in an enormous amount of pain. I TOLD GAURDS what happened and they called the infirmary for me, but no-one ever came. So for the next 4 days every nurse That delivered meals to me WAS given a sick call slip explaining what happened, and that I need to be seen by A DOCTOR, BUT none ever came. Finally my back became so swollen and black that A sergant called AND demanded a nurse come and check me out. The NURSE Showed up at 9:30, AND I WAS TAKEN TO THE NURSES STATION HOUSED IN MY BUILDING. IMMEDIATLY Upon entering, I SAW A NOTE TAPED to the wall

PAGE 15

WITH MY NAME ON IT, WITH A MESSAGE FROM DR MANCUSO ONE of three Doctors at D.C.C. THE CONTENTS OF THE NOTE EXPLAINED TO ALL NURSES HOW I WOULD FAKE EMERGENCIES AND ALSO CHANGE MY VITALS AT WILL. IT BECOMES VERY APPARENT THAT THIS NOTE HAD A DIRECT BARRING ON NURSE CAROLS ACTIONS THE NIGHT OF DEC 17th. BECAUSE, IT IS BEYOND THE REALM OF THINKING, THAT A TRAINED MEDICAL NURSE WOULD IGNORE ANY UNCONCIOUS person laying ON THE FLOOR. BUT THAT IS WHAT THIS NURSE EXACTLY DID. THE NURSE SENT TO EXAM ME TOOK ONE LOOK AT MY BACK AND COMMENTED SHE THOUGHT IT APPEARED BROKEN. SHE THEN CALLED DR Ali AT HOME AND REVIEWED MY CONDITION WITH HER. The Doctor then Directed her to schedule A X-RAY-STAT, AND ALSO TO GET AN URINE SAMPLE FROM ME. THE NURSE TESTED MY URINE AND FOUND large Quantities of Blood in it. BECAUSE OF THIS, I WAS SENT TO THE INFIRMARY TO STAY, INSTEAD OF MY CELL. THE NURSES ON DUTY THAT NIGHT, 'D NOT SEEM VERY CAPABLE OF HANDLING SOMETHING AS EASY AS STARTING AN I.V. THE FIRST NURSE WHO ATTENDED THIS, TRIED 5 different times on my RIGHT ARM, Finally GIVING UP, AND ASKING NURSE BOB to TRY. HE immediATLY WENT TO my left ARM, but I informed him that because of the Brvees are SO BAD, HOSPITALS Never DO ANYthing in that ARM. AS A MATTER OF FACT, I TOLD THEM THEY PUT A BIG RED BRACLET ON THAT ARM, SO ALL medical personell Know this. But he continued anyway saying Quote "He Knows how to do these things AND not to worry, because you can put I.V's in that

(OTHER)

PAGE 16

ARM. HIS EFFORT CONCLUDED ONCE HE PLACED THE NEEDLE ONLY HALF WAY IN. For which he concluded only needed to be taped and everything would work fine. He did just THAT, TAPING THE NEEDLE securely to my forearm. THEY left me in my cell alone, and within 20 minutes the I.V WAS out of my ARM, shooting Blood all over the place. I immediatly got up and pushed 3 different help buttons in my room, TO summon the NURSES. But NO-ONE ever CAME. Approximatly 2 hours later when New nurses were on duty, ~~not~~ a nurse pAssed my cell, AND I Asked why no-one came when I pushed the help buttons. He informed me all Help buttons were disconnected awhile ago, and would not function for that reason. J ALSO told him J WAS banging and yelling also IN AN ATTEMPT TO GET ANYONE'S ATTENTION. He informed me the nurses station is too far from my room for anybody to hear. This to me IS INCREDIBLE, HOW CAN AN INFIRMARY who houses sick inmates disconnect the only system that would be used if A patient WAS STRUCK WITH A MAJOR health emergency. WHICH IS WHAT OCCURED WITH me less than an hour after talking to the NURSE. ALL OF A SUDDEN I WAS STRUCK WITH Servere chest Pain, that was equal to the times I had my heart attacks. I screamed and banged, but no-one ever came, SO I WAS so weak I had to go lay in my bed. Finally an hour after the

PAINS STARTED A GAURD WALKED BY. I GOT HIS ATTENTION and informed him I thought I WAS having a heart ATTACK. He ran and got the NURSE ON Duty, who came to my door and without entering, asked what was the matter. I TOLD him just what my Symptoms were AND he SAID Quote "You know, if you have chest pains they are going to send you to the HOSPITAL". He then told me, he had to call for 4 gaverds in order to enter my cell, this ended up almost taking an HOUR. WHICH, IF I WAS HAVING A HEART ATTACK IS THE MOST CRITICAL TIME where medical personell with medicines CAN prevent the heart from being damaged. When he finally came in my VITALS on 2 different OCCASIONS was 180/148 and my heart was at 166/Beats per minute. ONCE VITALS were taken, the nurses left in order to call Dr Rogers and explain my SITUATION TO her. This TOOK ABOUT A HALF HOUR, AT WHICH TIME they returned with an EKG MACHINE. TBUT FIRST, THEY TOLD ME THAT Dr ROGERS informed them about me and that I could not go to the hospital. They then attempted my VITALS A third time, but while they were being done, the NURSES AND GAURDS kept telling me to STOP FAKING MY VITALS. IT WAS AT THIS TIME, I NOTICED GAURDS READING MY MEDICAL FILE, which I know is in violation of my CIVIL RIGHTS. The NURSE then took my VITALS manually, and miraeously they said everything was normal. JUST A THOUGHT, IF I had this ability they SAID I did, why wouldn't I use

PAGE 18.

IT, TO ALTER THE VITALS when they were taking manually. They proceeded to take AN EKG, AND when done, the nurse asked me about my irregular heart beat, which I told her I did not normally have. THEY THEN LEFT, AND Never came BACK, leaving me in my bed with Servere chest pains. These pains continued UNTIL MORNING AT WHICH TIME DR Mancusco CAME INTO my cell at around 10 A.M. She immedietly went to work looking at the Bruise on my bACK, and informed me I needed X-RAYS immedietly to see what was CAUSING THE Bleeding. When I started to tell her about the chest pains I was STILL having, she just got up and left AMAZING! . THEY ended up taking X-RAYS of my bACK 5 days later, and not getting the results back until JAN 5th. But during this period of 2 weeks I remained in the infirmary, never being asked for any more urine specimens, and only having my blood pressure taken one additional time. But this time was not uneventful. ON JAN 3rd at dinner time AN inmate worker CHRIS Johnston witnessed me passing out and hitting my head on the steel door. He later told me he informed nurses, but they SAID Donot worry about MatterkA When I fell, I received a huge bump on my head from the door, along with a very big bump right on my spine where it connects with the Skull. THIS WAS ALONG WITH SOME CHEST TIGHTNESS. Since there is no way to contact nurses, I had to wait.

PAGE 19

For people to walk by my cell. when they did this I told them what had happened and that I had chest pains. I told 3 different gaurds and one nurse over A 4 hour period. By that time, I started to get numbness in both of my arms, and loss of mobality also. When a nurse finally ARRIVED, she saw all the blood in my hair, never took any VITALS and was not concerned about the loss of movement in my ARMS. She gave me an asprin and left. The problems with my ARMS is STILL AROUND to this day, where I loose all strength in both arms. ON JAN 5th DR ALi came to my cell to inform me about the results of the X-RAYS, She explained that 2 RIBS broke, but it Appears nothing was damaged internally. When I Asked her about the blood still in my urine, she said she had no idea why. I then told her my back was still making my arms numb, but she had no clue about this incident, and just said over time it would get better. I left 2 days later to go back to my housing unit. With this 2 week stay at the infirmary, it shows that Doctors have created A situation when it comes to my medical well being, that constantly risks my life. They inform all medical personell, as well as gaurds, As you will see, that just IGNORE MY medical problems because, I am only Faking it. The neglect and malpractice that has occured shows that the patients well being comes

PAGE 20

NOT FIRST, BUT SECOND TO WHAT I BELIEVE IS money issues. It is the only conclusion I can arrive at. Because my medical history from Sept 2003 is very clear. I am a 41 year old with stints in my heart and 3 heart attacks since 2003. Since that time, its well documented that I have EXSISTING conditions that put my life in DANGER. They are dangerously High Blood pressure, that puts my heart in danger when it occurs, STINTS That have been re-called, that have been cleaned out on 3 different occasions, and I have been HOSPITALIZED 15 times since 2003, including the three times while under the care of Dr Burens. With all this history and medical documentation available to prove it, how can any medical Doctor, IGNORE symptoms that point to problems with my heart. I understand I am incarcerated but it does not mean these Doctors can play "GOD" when it comes to my treatment. ALSO IN THE FINAL INCIDENT, it will became apparent that to further the cause, gaurds at my housing unit have been informed of my CONDITION, and that they should not be conceened.

9. The final EXAMPLE, to show just how far the false message Doctors are putting out has gone, I will refer you to the afternoon of FEB 4th. During lunch I felt very light headed and feel of my DESK STOOL UNCONCIOUS. When SGT Thomas

PAGE 21

AND ANOTHER C.O. CAME TO PICK UP MY LUNCH TRAY FROM MY CELL, AND OBSERVED ME UNCONCIOUS ON MY FLOOR. THESE GAURDS SCREAMED MY NAME IN order to try to Revive me, but nothing happen. SGT THOMAS THEN OPENED MY CELL DOOR, CAME IN REMOVED MY TRAY ANd left. Once back outside the SGT TOLD THE OTHER C.O QUOTE "He is ONLY FAKING IT, we were informed by Medical about what he does. This was witnessed and told to me by witness who are inmates on either side of my cell. Once concious I proceeded to ASK FOR A NURSE, BUT OF course one never did come. So now, I need to be worried that IF I do have a heart ATTACK gaurds won't even call over to the infirmary

10. ANOTHER MAJor problem has to do with distRIBUTION of medications by nurses. They rush to give them out, that they make many mistakes when handing them out. Since I get 25 pills per day, I take inventory immediatly upon receiving them to see if they are all there. But over A 1½ month period, almost half of the times my meds were wrong. ENCLOSED ON page 23, you will see A chart I took during that time, along with the Actions the nurses took when I informed them of the SITUATION. Because these pills are so VITAL TO my well being, They need to be more diligent when it comes to distRIBUTION. I AM ALSO Aware of policy set Forth by the F.D.A, requiring medications to be dispensed infront of the patient, This is definetly not done at D.C.C or S.C.I.

PAGE 22

11. IN CONCLUSION, THE ACTIONS UNDERTAKEN BY BOTH MEDICAL STAFFS ATE S.C.I AND D.C.C , SHOW DISREGARD TOWARDS THEIR HYPCCRITICAL OATH AS WELL AS MY CIVIL RIGHTS. These ~~Medical~~ Doctors have set up procedures and guidlines for me that is different than any other inmates. This situation has created an atmosphere that has nurses, Doctors and guards igioring VITALS AND SYMPTOMS THAT SHOW A PATIENT IN CRISIS. This WAS proven by Dr BURNS 2 attempts to make trained personell ignore my VITALS AND SYMPTOMS, AND NOT GET ME TO A HOSPITAL. But thank-GOD They did get me to a cardiologist. And along with that is NUMerous OTHER INCIDENTS where the Defendants prevailed and did Stop me from getting needed care, who knows what damage occured dueing those incidents. IT IS PROVEN though, that when I WAS seen by a cardiologist AT THE HOSPITAL my problems could be directed back to Dr Burns ACTION. I have attempted through grievances to get this straightened out but they always are Dismissed. Because the Defendants actions is putting my life in DANGER I AM ASKING THE COURT TO issue an immediate injunction preventing them from administering any medical care or Decisions involving this plantiff. I AM BEGGING THE COURT TO INTERVENE AND MAKE SURE NO MORE harm comes to me at their hands.

| DATE | PT MEDS - APT | ACTION | PRESCRIPTIONS PKS/INQ.I.M | ACTION |
|---|---|---|---|---|
| DEC-15 | ASPRIN, LOPRESSOR 50MG | C | SIRAQUEL 25MG, LOPRESSOR 50 | A |
| DEC-16 | VICERU, SIRAQUEL 25, EFFEVEROL | B | OKAY | — |
| DEC-17 | NORVASC-10MG, PLAVIX | A | OKAY | — |
| DEC-18 | OKAY | — | EFFEVEROL, VICERO, LOPRESSOR 100 | C |
| DEC-19 | WATTERPILL, ASPRIN, SITOL | C | LOPRESSOR 100MG | A |
| DEC-20 | ASPRIN, NORVAC, LOPRESSOR 50 | B | OKAY | — |
| DEC-21 | OKAY | — | OKAY | — |
| DEC-22 | ASPRIN, LOPRESSOR 100MG, SIRAQUEL | C | SIRAQUEL 50MG, LOPRESSOR 50 | B |
| JAN 7 | STOOL, SIRAQUEL 25MG, PLAVIX | A | NO-MEDS | B,C |
| JAN 8 | NO MEDS. | B,C | NO MEDS | B,C |
| JAN 9 | NO MEDS | B,C | OKAY | — |
| JAN 10 | SIRAQUEL, COLONADINE, ASPRIN | C | LOPRESSOR 100MG, STOOL | C |
| JAN 11 | LOPRESSOR 100MG, EFFEVEROL, ASPRIN | A | OKAY | — |
| JAN 12 | OKAY | — | OKAY | — |
| JAN 13 | SIRAQUEL 25, LOPRESSOR 100MG, EFFEVEROL | A | SIRAQUEL 25, COLONADINE | C |
| JAN 14 | ASPRIN, COLONADINE, PLAVIX | B | ASPRIN SIRAQUEL 25, STOOL | A |
| JAN 15 | OKAY | — | COLONADINE | B |
| JAN 16 | LOPRESSOR, SIRAQUEL | C | LOPRESSOR, EFFEVEROL, COLON, SIRAQUEL | A |
| JAN 17 | COLONADINE, SIRAQUEL 25 | A | STOOL | C |
| JAN 18 | PLAVIX 75MG | B | *C.O. BROUGHT ME SIRAQUEL ONLY SIRAQUEL-25MG, LOPRESSOR 50 | A |
| JAN 19 | OKAY | — | *CAPT HAZARD WITNESSED THIS COLONADIN, STOOL | B |
| JAN 20 | ASPRIN, LOPRESSOR | B | OTAY | — |
| JAN 21 | OKAY | — | LOPRESSOR 100MG, SIRAQUEL 25 | A |
| JAN 22 | OKAY | — | LOPRESSOR 100MG | B |
| JAN 23 | PLAVIX, VISCAREL | B | OKAY | — |
| JAN 24 | ASPRIN, COLONADINE, PLAVIX | B | LOPRESSOR 100MG | C |
| JAN 25 | OKAY | — | | |

LEGEND:
A - CAME BACK WITH ALL MEDS
B - TOLD BUT NEVER CAME BACK.
C - DROP MEDS OF AND LEFT BEFORE I COULD INVENTORY

* PAGE 23 *

DEC 23 TO JAN 4TH IN THE INFIRMARY NOT ABLE TO METER OUT

## Week Three: Stinkin' Thinkin', Negative Self-Talk and Beliefs

**Steps in running the group:**

1.  Have group members go around the circle and have each member give his/her name and a word to describe his/her current mood

2.  Review journaling experience and mood charts

3.  Discuss the concept of Stinkin' Thinkin'

4.  Discuss unsuccessful coping skills used in the past

5.  Review negative and positive self-talk

6.  *Write in your journal an incident in your childhood that had great impact on you and be prepared to discuss it in group next week*

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

- I AM SEEKING BOTH COMPENSATORY DAMAGES AS WELL AS PUNATIVE DAMAGES AGAINST ALL DEFENDANTS IN THE AMOUT OF $1,000,000.00

- SEEKING IMMEDIATE INJUNCTION AGAINST ALL DEFENDANTS - SEE MOTION FOR INJUNCTION ENCLOSED. SEEKING COURT TO ASIGN CONSUEL.

- ASKING COURT TO DEMAND A COPY OF CONTRACT BETWEEN DELAWARE AND F.C.M CORP (WHO SUPPLIES DOCTORS TO PRISON). AND HAVE COURT ASSIGN OUTSIDE MEDICAL PROFFESIONALS TO CONTINUE MY MEDICAL CARE.

Signed this 26 day of FEB , 2005

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

FEB 26, 2005
Date

_____
( Signature of Plaintiff)