PAGE 1

JOHN MICHAEL HERKA

V

DR BURNS, DR ALI, DR ROGERS
DR. MANCUSCO
ALL F.C.M CORP EMPLOYEES

05 - 150

FILED 2005 MAR 11 PM 3:21 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND FOR PRELIMINARY INJUNCTION

PLANTIFF MOVES THE COURT UPON THE VERIFIED COMPLAINT AND ATTACHED AFFIDAVITS OF JOHN MICHAEL HERKA, AND THE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES, AS FOLLOWS:

1. TO ISSUE A TEMPORY RESTRAINING ORDER, AND
2. TO ISSUE A PRELIMINARY ENJUNCTION, BOTH RESTRAING DR BURNS, DR ALI, DR ROGERS, AND DR MANCUSCO FROM PERFORMING OR BEING INVOLVED IN ANY AND ALL MEDICAL TREATMENTS OR DECISIONS WHEN IT COMES TO THE PLANTIFFS HEATH.

THE GROUNDS OF THIS MONTION, AS MORE FULLY SET IN THE VERIFIED COMPLAINT AND THE ATTACHED DECLARATION OF JOHN MICHAEL HERKA, AND THE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES ARE AS FOLLOWS:

ON NUMEROUS OCCASIONS AS DOCUMENTED IN ATTACHED STATEMENT OF CLAIM, THE DEFENDANTS HAVE DENIED ME MEDICAL ATTENTION WHEN VITALS AND SYMPTOMS POINT TO AN EXSISTING PROBLEM WITH MY HEART. IT IS BECAUSE OF THEIR ON GOING PRACTICES, THAT ON OCT 29 2004 I

PAGE 2

ALMOST LOST MY LIFE, AND ON OTHER OCCASIONS SUSTAINED IRREVERSIBLE HEART DAMAGE, BECAUSE OF DENIAL OF EMERGENCY MEDICAL CARE. There lack of action on the DEFENDANTS PART THAT HAS PUT MY LIFE IN JEOPARDY has been documented with RESULTS OF MEDICAL TESTS FROM LOCAL HOSPITALS. IT IS FOR THESE REASONS I AM ASKING THE COURT TO BAR ALL DEFENDANTS FROM PERFORMING ANY EXAMS, OR HAVE ANY INPUT WHEN IT COMES TO THE PLANTIFFS MEDICAL WELL BEING. AND AS SUCH, THE PLANTIFF IS REQUESTING THE COURT TO ASSIGN AN OUTSIDE PHYSICAN TO TAKE OVER MY MEDICAL CARE.

DATED -
2-26-05

JOHN M HERKA
PRO-SE

*John Herka*