

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



Not DCC



05cv150

FILED
APR 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Utility Events**
1:05-cv-00150-UNA Herka v. Ali et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 3/23/2005 at 2:51 PM EST and filed on 3/23/2005
**Case Name:** Herka v. Ali et al
**Case Number:** 1:05-cv-150
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:05-cv-150 Notice will be electronically mailed to:**

**1:05-cv-150 Notice will be delivered by other means to:**

John Michael Herka
SBI # 531922
DCC
1181 Paddock Rd.
Smyrna, DE 19977

John Michael Herka
SBI # 531922
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977