04/26/2005 15:12   302-573-6435         JUDGE FARNAN                    PAGE 03/04

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

05-cv-150 (JJF)

TO:     CCIC, Department of Corrections
        Fax number 8-302-739-7486

FROM:   Peter T. Dalleo, Clerk, U.S. District Court

Re:     Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

John Michael Herka
SBI # 531922
Delaware Correctional Center
1181 Paddock Rd,
Smyrna, DE 19977

Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

LKA
6 BARTON lANe
HOPATCONG NJ
07843

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court