U.S District Court  
C/O Court Clerk  
844 King St  
Lock Box 18  
Wilmington De 19801  

4-22-05

FILED  
MAY 2 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

RE: John Herka V. Dr Burns, Dr Ali, Dr Mancuso  
     and Dr. Rogers.  
     05-150 JJF

The Court,

My name is John Michael Herka, and in Feb of 2005 I was an inmate in Delaware doing time at Delaware Correctional Center in Smyrna DE.

In Feb I filled out paperwork to file Suit under 42 U.S.C. §1983 against the parties listed above. On 3-04-05 I was picked up by U.S Marshalls and sent to Miami Florida where I had a pending federal charge. That is where I still remain. On March 22 I arrived here in Miami, after spending some time in Philadelphia as well as Oklahoma City. Immediatly upon arriving here I sent a letter to D.C.C asking to have my mail forwarded, but apparently they do not do that. Insted they return mail to senders stating attempted not known. This caused many important legal correspondence to be returned. This includes any information you may have sent to me at D.C.C in Smyrna.

I am asking you to please update me as to the status of my law suit.

AND in addition please update your files to reflect my new address. If for some reason my case has become inactive due to me not responding, please assist me in having this case proceed through the courts.

Thank-you in advance for your ASSISTANCE WITH THIS matter

Sincerly
John Herka

NEW ADDRESS
John Herka - 57053-004
c/o F.D.C
P.O Box 019120
Miami Florida 33101-9120