OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 18, 2005

TO:  John Herka
     FDC
     SBI #57053-9120

**RE:   Letter Requesting Status of Case; CA 05-150 JJF**

Dear Mr. Herka:

This office has received a letter from you requesting the status of the above mentioned civil action. Your case is assigned to the Honorable Joseph J. Farnan, Jr. and is currently pending before the Court. You will be advised by the Court as to further developments in your case. Please be advised that your address has been updated as is reflected on the enclosed docket sheet.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc: The Honorable Joseph J. Farnan, Jr. : CA 05-150 JJF
enc. Docket Sheet

(8)

U.S DISTRICT COURT                                4-22-05
% Court Clerk
844 King ST
Lock Box 18
Wilmington De 19801

FILED
MAY 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: John Herka V- Dr Burns, Dr Ali, Dr Mancuso
                 AND Dr. Rogers.
        05-150 JJF

THE COURT,
    My name is John Michael Herka, And in Feb of 2005 I was an inmate in Delaware doing time at Delaware Correctional Center in Smyrna DE.
    In Feb I filled out paperwork to file suit under 42 U.S.C. §1983 against the parties listed above. On 3-04-05 I was picked up by U.S Marshalls and sent to Miami Florida where I had a pending federal charge. That is where I still remain. On March 22 I arrived here in Miami, after spending some time in Philadelphia as well as Oklahoma City. Immediatly upon arriving here I sent a letter to D.C.C. asking to have my mail forwarded, but apparently they do not do that. Insted they return mail to senders stating Attempted Not Known. This caused many important legal correspondences to be returned. This includes any information you may have sent to me at D.C.C in Smyrna.
    I am asking you to please update me as to the status of my law suit.