United States District Court
844 N. King St
Lockbox 18
Wilmington DE 19801-3570



FILED
MAY 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: John M Herka v. DeAli et al - Civ No - 05-150-JJF

Clerk,

I am in receipt of the order that was issued by Judge Joseph J Farnan Jr. I have signed all appropriate paperwork and have enclosed, within.

Would you be so kind and send me a copy of all paperwork that I filled out to initiate this 42 USC § 1983. I was not allowed to take any paperwork from the Delaware Prison I was at, when the U.S. Marshalls picked me up. So I do not have any copies of what has been filed in your court.

Thank-you in advance for your assistance in this matter. And please make sure all parties now have my correct address.

Sincerely
John Herka

New Address
John M Herka - 57053-004
F.D.C
P.O Box 019120
Miami Fl 33101-9120

John Herka 57053-004
F.D.C
P.O. Box 019120
Miami, Fl. 33101-9120

X-RAY

LEGAL MAIL

United States District Court
844 N. King St
Lockbox 18
Wilmington DE 19801-3570

19801+3570


