IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN MICHAEL HERKA, )
)
        Plaintiff, )
)
  v. ) Civ. No. 05-150-JJF
)
DR. ALI, DR. ROGERS, DR. )
BURNS, and DR. MANCUSCO, )
)
)
        Defendants. )

**AUTHORIZATION**

I, John Michael Herka, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  4-13-05  , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  May 18, 2005  , 2005.

                                                                 _John Michael Herka_
                                                                 John Michael Herka



John Herka 57053-004
F.D.C.
P.O. Box 019120
Miami FL. 33101-9120

X-RAY

United States District Court
844 N. King St
Lockbox 18
Wilmington DE 19801-3570

LEGAL MAIL