JOHN MICHAEL HERKA

.v.

Dr. ALI, Dr. ROGERS,
Dr. BURNS, AND Dr. MANCUSO

Civ. No. 05-150-JJF

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

PLAINTIFF, JOHN M. HERKA PURSUANT TO FED. R. CIV. P. of DISCOVERY REQUESTS PRODUCTION OF THE FOLLOWING RECORDS AND DOCUMENTS FROM EACH OF THE DEFENDANTS

1. ANY AND ALL FILES, RECORDS, TREATMENT NOTES, MEMORANDA OR OTHER DOCUMENTS IN ANY WAY RELATING TO THE DEFENDANT JOHN HERKA

2. ANY AND ALL CONTRACTS, AGREEMENTS, MEMORANDA OR OTHER PAPERS REFLECTING THE RELATIONSHIP BETWEEN EACH DOCTOR OR ASSOCIATION OF SAME WITH THE STATE OF DELAWARE AND THE DEPARTMENT OF CORRECTIONS, INCLUDING BUT NOT LIMITED TO THE FOLLOWING:

   A. COMPENSATION RECORDS RELATING TO JOHN M. Herka, PLAINTIFF

   B. COMPENSATION RECORDS REFLECTING THE BASES UPON WHICH EACH DOCTOR IS COMPENSATED FOR TREATMENT OF INMATES

   C. ANY DOCUMENTS SHOWING ANY INCENTIVES TO ANY DOCTOR, TO IN ANY WAY PROMOTE SAVINGS FOR THE STATE, or Department of Corrections, AND First Correctional Medicine, whom the Doctors work for

   D. ANY APPLICATIONS FOR OR RECORDS of PAYMENT RELATING TO THE TREATMENT OF

over

PLANTIFF, JOHN M. HERKA

   E. POLICIES OF INSURANCE AGAINST ANY TYPE OF PROFESSIONAL liability, INCLUDING BUT NOT LIMITED TO MEDICAL MALPRACTICE

   F. DOCUMENT ESTABLISHING EACH DOCTORS EXPERTISE TRAINING, or EDUCATION RELEVANT TO THE NATURE OF TREATMENT PROVIDED TO THE PLANTIFF

   3. COPIES OF ANY REPORTS, INVESTIGATIVE REPORTS, peer Reviews or OTHER REVIEWS Relating TO THE TREATMENT OF PLANTIFF JOHN HERKA

   4. ANY RECORDS or Documents IN ANY FOR PERTAINING TO THE PLANTIFF, WHILE IN CUSTODY, AS BETWEEN THE STATE OF DELAWARE AND the Department of Corrections and "First Correctional Medicine" INCLUDING BUT NOT LIMITED TO

   A. COMPENSATION RECORDS reflecting THE BASES upon which each doctor is compensated for treatment of individuals

   B. ANY Documents SHOWING ANY INCENTIVES TO ANY DOCTOR TO IN ANY WAY PROMOTE SAVINGS for the STATE OF DELAWARE, Department of Corrections or "First Correctional Medicine"

   C. ANY APPLICATION for or RECORDS of Payment Relating to the treatment of Plantiff, John Herka





United States District Court
c/o Office of the Clerk
844 N. King St - Lock Box 18
Wilmington DE 19801-3570

J. Herka - 57058-004
F.D.C.
P.O. Box 019120
Miami FL 33101

U.S.M.S
X-RAY

LEGAL MAIL