OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 1, 2005

TO: John Herka
    FDC
    SBI #57053-004
    P.O. Box 019120
    Miami, FL 33101-9120

**RE: *Request for Copywork;* 05-150 (JJF)**

Dear Mr. Herka:

A letter has been received by the Clerk's office from you requesting copies of documents filed in your case.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad
enc.

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.

United States District Court
844 N. King St
Lockbox 18
Wilmington DE 19801-3570

FILED
MAY 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP Scanned

RE: John M Herka v. DeAli et al - Civ No - 05-150-JJF

Clerk,

I am in receipt of the order that was issued by Judge Joseph J Farnan Jr. I have signed all appropriate paperwork and have enclosed, within.

Would you be so kind and send me a copy of all paperwork that I filled out to initiate this 42 USC § 1983. I was not allowed to take any paperwork from the Delaware Prison I was at, when the U.S. Marshalls picked me up. So I do not have any copies of what has been filed in your court.

Thank-you in advance for your assistance in this matter. And please make sure all parties now have my correct address.

Sincerly
John Herka

New Address
John M Herka - 57053-004
F.D.C.