OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
LOCK BOX 18
844 KING ST
WILMINGTON DE 19801

FILED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: JOHN Heika V. Dr Ali; et AL # 05-150-JJF.

Mr Dalleo.

    THANK you for being so responsive to any and all REQUEST I have sent you for the Above refrenced case.

    On June 1, 2005 you responded to my request for a complete copy of my original filing I believe totaling over 30 pages. I understand there is A .50/page charge and am accepting what ever the final amount comes to. And since I Am IN Forma Pauperis, I will be expected to pay for this after the final outcome. I Await those copies

    On MAY 26th I received back my AO Form 85, I have decided not to consent to A MAGISTRATE hearing my case, Therefore I am not returning it.

    In Addition I received the most Current Docket report dated 6-1-05. #3, THE MOTION for Preliminary Injunction and motion for Temporary Restraining order, could you let me know the Status of it. And can you send me the legal form I would need to add anyone else to this suit.

    Thank you for your assistance

Sincerly
John Heika

J. Herka 51063-004
F.R.C
P.O Box 019120
Miami, Fl 33101-9120



OFFICE OF THE CLERK
U.S. District ...
844 N. King ...
Lock Box 18
Wilmington, DE 19801-2570

LEGAL MAIL