OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 8, 2005

TO: John Michael Herka
Reg# 57053-004
FDC Miami
P.O. Box 019120
Miami, FL 33101

**RE:  Status Letter; 05-150(JJF)**

Dear Mr. Herka:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case.

There is no form for filing a motion to add a defendant. If you wish to amend the complaint please refer to the Federal Rule of Civil Procedure 15. Please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.