OFFICE OF THE CLERK

C/o U.S DISTRICT Ct

LockBox 18

844 King St

Wilmington De 19801

RE: 05-00150-(JJF) UPDATE.

MR DALLEO.

On 5-23-05 I SENT TO you A First REQUEST FOR PRODUCTION OF DOCUMENTS. I Received conformation that it was received on 5-26-05. To date, I have not gotten any correspondence from your office regarding my Request and also the production of A duplicate copy of my original, detail report of my aligations.

I am writting you to ASK FOR AN update on my Motion and the copies I am asking for. And I am aware that there will be A charge of .50/page, As outlined in your letter dated 6-1-05.

In Addition from now on when sending any correspondence to me, would you Address it As follows,

JOHN HERKA. 57053-004

ECHO - WEST

P.O Box 019120

Miami Fl. 33101-9120

I appreciate you ASSISTING me with this Request.

Also could you inform me if restraining orders have been issued against all parties. You make mention of it in your Docket report

Number 3, but I have never been notified of any court action regarding it.

Sincerly,

John Heeka





John Herke 57053-004
Echo West
P.O Box 019120
Miami, FL 33101-9120

United States District Court
c/o Peter Dalleo - CLERK.
Lock Box 18
844 King St
Wilmington De 19801

U.S.M.S.
X-RAY

19801+3513

LEGAL MAIL