OFFICE OF THE CLERK            7-18-05
U.S DISTRICT COURT
WILMINGTON DE 19801

RE- JOHN HERKA v. DR Ali. et AL



Mr DAlleo,

    I Received your letter dated July 8th regarding STATUS, I Appreciate your response. ALONG WITH That letter, you sent me a updated Civil Docket ledger, Dated June.
    Docket text #14 dated June 1st, you mention my request for a copy of my case which I filed in Feb of 05. To date I never did receive this. What I am looking for is my written descriptions of the varying medical allegations against the defendant. It is imperative I have a copy to file further motions. I understand the fee assoc with making these copies, and hope you will expedite this request for the copies. Also please note below how letters addressed to me must be written

JOHN HERKA- 57053-004
ECHO- West
P.O Box 019120
Miami Fl 33101-9120

                               Sincerly
                               John Herka







J. Herka 57053-004
Echo. West
P.O Box 019120
Miami, FL 33101-9120

U.S District Court
Lockbox 18
844 King St
Wilmington De 19801

"LEGAL MAIL"