IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
JOHN MICHAEL HERKA,              )
                                 )
            Plaintiff,           )
                                 )
     v.                          ) Civ. No. 05-150-JJF
                                 )
DR. ALI, DR. ROGERS, DR.         )
BURNS, and DR. MANCUSCO,         )
                                 )
                                 )
            Defendants.          )
```

**ORDER**

WHEREAS, on March 11, 2005, the plaintiff John M. Herka, REG #57053-004, was incarcerated at the Delaware Correctional Center in Smyrna, Delaware, and filed a complaint under 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on April 13, 2005, this Court granted the plaintiff leave to proceed in forma pauperis (D.I. 4);

WHEREAS, the defendants are employees of First Correctional Medical, the medical service provider for the Delaware Department of Correction;

WHEREAS, on March 11, 2005, the plaintiff filed a Motion for a Temporary Restraining Order, requesting that the Court order that the defendants, be prohibited from "performing or being involved in any and all medical treatments or decisions when it comes to the plaintiff's health," (D.I. 3);

WHEREAS, the plaintiff is currently incarcerated at the Federal Detention Center in Miami, Florida;

THEREFORE, at Wilmington this __1__ day of _August_, 2005, IT IS ORDERED that the plaintiff's Motion for a Temporary Restraining Order is MOOT.

                                                         _____
                                                         United States District Judge