IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

John Michael Herka

    Plaintiff,

-VS-

Doctors, Ali, Rogers, Burns,
Mancusco, and First Correctional
Medicine, et al...

CIVIL CASE NO: 05-150-JJF

_____ /

FILED
AUG 1 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF'S MOTION UNDER RULE 15(C)
OF THE FED. R. CIV. P. TO AMEND
COMPLAINT FILED UNDER 42 U.S.C. § 1983

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW, John Michael Herka, hereinafter referred to as Plaintiff, pro se and informa pauperis, requests this Honorable Court to Amend Plaintiff's original complaint to include as defendant's, First Correctional Medicine, et al, with good cause at this time and for the following reason to wit:

Plaintiff states that all of the original defendant's in this complaint are employed by First Correctional Medicine, a company who supplies medical care for all inmates in the State of Delaware.

Respectfully Submitted,

*John M Herka*

John Michael Herka #57053-004, pro se
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101-9120

(1)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have mailed by postage paid First Class U.S. Mail a true and correct copy of the foregoing Motion to Amend and Request for the Production of Documents Case No. 05-150-JJF to this Clerk of Court and the below listed parties this 9 day of August, 2005.

Respectfully Submitted,

John Michael Herka

Dr. Ali
1181 Paddock Road
Smyrna, Delaware 19977

Dr. Rogers
1181 Paddock Road
Smyrna, Delaware 19977

Dr. Mancusco
1181 Paddock Road
Smyrna, Delaware 19977

Dr. Burns
Route 13 North
Georgetown, Delaware 19947





J. Hertka ~1053-004
P.O Box 019120
Miami Fl 33101-9120

OFFICE OF THE CLERK
U.S. DISTRICT CRT
844 N. King St. Lockbox 18
Wilmington DE 19801-3570

LEGAL MAIL