IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

John Michael Herka
    Plaintiff,

-VS-

Doctors, Ali, Rogers, Burns,
Mancusco, and First Correctional
Medicine, et al...

CIVIL CASE NO: 05-150-JJF

```
FILED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMES NOW,** Plaintiff, John Herka, pursuant to Fed. R. Civ. P. requests production of the following records and documents from each of the defendants.

1). Any and all files, records, treatment notes, memorando or other documents in any way relating to the Plaintiff, John Herka;

2). Any and all contracts, agreements, memoranda, or other papers reflecting the relationship between each doctor or association of same with the State of Delaware, and Delaware Correctional Center, and Sussex Correctional Institute, including, but not limited to the following.

    a). Compensation records, reflecting the basis for which each doctor is compensated for treatment of Plaintiff, John Herka.

    b). Compensation records reflecting the basis for which each doctor is compensated for the treatment of Plaintiff, John Herka.

    c). Any documents showing any incentives to any doctor which in any way promote savings for the State, Department of Correction, or First Correctional Medicine.

    d). Any applications for records of payments related to the treatment of Plaintiff, John Herka.

    e). Policies of insurance against any type of professional liability, including, but not limited to medical malpractice.

(1 of 2)

        f). Documents establishing each doctors expertise, training, and education, relevant to the nature of treatment provided to the Plaintiff, John Herka.

        g). Copies of any reports, investigative reports, peer reviews, or other reviews relating to the treatment of Plaintiff, John Herka.

3). Any records or documents reflecting the relationship between the State of Delaware, the Bureau of Prisons, and First Correctional Medicine, including, but not limited to:

        a). Compensation records relating to Plaintiff, John Herka.

        b). Compensation records reflecting the basis for which First Correctional Medicine has been compensated for the treatment of Plaintiff, John Herka.

        c). Any documents showing any incentives to First Correctional Medicine to in any way promote savings for the State of Delaware or the Department of Corrections.

Respectfully Submitted,

_____
John Michael Herka pro se

## CERTIFICATE OF SERVICE

     I **HEREBY CERTIFY** that I have mailed by postage paid First Class U.S. Mail a true and correct copy of the foregoing Motion to Amend and Request for the Production of Documents Case No. 05-150-JJF to this Clerk of Court and the below listed parties this __9__ day of August, 2005.

Respectfully Submitted,

*John M Herka*
John Michael Herka

Dr. Ali
1181 Paddock Road
Smyrna, Delaware 19977

Dr. Rogers
1181 Paddock Road
Smyrna, Delaware 19977

Dr. Mancusco
1181 Paddock Road
Smyrna, Delaware 19977

Dr. Burns
Route 13 North
Georgetown, Delaware 19947



J. Herka ~1053-04+
P.O Box 019620
Miami FL 33101 9620

OFFICE OF THE CLERK
U.S. DISTRICT CRT
844 N. King St. LockBox 18
Wilmington DE 19801-3570



19801-3570

LEGAL MAIL