IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN MICHAEL HERKA

    Plaintiff,

    -VS-

Doctors Ali, Rogers, Burns,
Mancusco, and First Correctional
Medical, et al...        CIVIL CASE NO: 05-150-JJF

_____ /

**PLAINTIFF'S MOTION FOR RESTRAINING ORDER
AND FOR PRELIMINARY INJUNCTION**



FILED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**COMES NOW,** Plaintiff, John Michael Herka, hereinafter referred to as plaintiff, and restates all previous grounds in first motion, filed March 11, 2005, and requests this Honorable Court to reconsider ruling issued August 1, 2005, determining as moot plaintiff's request for restraining orders of above listed defendants.

This Court ruled that Plaintiff's motion was moot because plaintiff was currently incarcerated at Federal Detention Center in Miami, Florida.

**WHEREFORE,** plaintiff, as of August 16, 2005, is being transfered via U.S. Marshals back to Delaware Correctional Center in Smyrna, Delaware, to complete sentence, plaintiff requests this Court to re-address issuing restraining orders against all defendants. Plaintiff requsts this Court to ORDER the Delaware Department of Corrections to assign outside physicians and nurses for continued needed medical care.

Plaintiff is informing this Court that while in custody at FDC Miami, plaintiff had additional heart procedures performed and is in worse medical condition than while incarcerated in Delaware.

                                                  Respectfully Submitted,

CC:                                             John Herka 531922 C/O D.C.C.
Doctors Ali, Rogers, Burns,               1181 Paddock Road
and Mancusco                                   Smyrna, Delaware 19977





Reg. 57053-004
Box 019120
Miami Fl 33101-9120

CLERK of COURT Peter Dalleo
c/o U.S Courthouse
lock Box 18
844 King St
Wilmington De 19801

U.S.M.S
X-RAY

LEGAL MAIL