John Herka 531922 C/O D.C.C.
1181 Paddock Road
Smyrna, Delaware 19977


August 14, 2005.


RE: CASE NO. 05-150-JJF

Clerk of Court
Peter T. Dalleo
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801



Dear Clerk of Court,

    Due to my medical condition worsening, I am requesting that the enclosed motion be considered an emergency, and for that reason I am asking for an expedited decision. Please notify the Court of my new above listed address.

    Thank you very much for your time and consideration in this matter.

                                           Sincerely Yours,

                                           John Herka





CLERK OF COURT Peter Dalleo
c/o U.S Courthouse
lock Box 18
844 King St
Wilmington De 19801

- 5703-004
 01320
FL 33101-9120

GAL MAIL

U.S.M.S.
X-RAY