IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN MICHAEL HERKA,                )
                                   )
        Plaintiff,                 )
                                   )
        v.                         ) Civil Action No. 05-150-JJF
                                   )
DOCTORS ALI, ROGERS, BURNS,        )
MANCUSO, and FIRST                 )
CORRECTIONAL MEDICINE,             )
                                   )
        Defendant(s).              )

**SUPPLEMENTAL SERVICE ORDER**

WHEREAS, Plaintiff filed a Motion To Amend Complaint (D.I. 22) to add First Correctional Medicine as a Defendant;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), a party may move to amend the party's pleading once as a matter of course before a responsive pleading is served;

NOW THEREFORE, IT IS HEREBY ORDERED this 25 day of August 2005 that:

1. Plaintiff's Motion To Amend (D.I. 22) is **GRANTED**.

2. The Clerk of the Court shall cause a copy of this order to be mailed to the plaintiff.

3. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the Clerk of the Court an

original "U.S. Marshal-285" form for **the additional** defendant, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **Additionally, the plaintiff shall provide the Court with one copy of the complaint for service upon the additional defendant. Furthermore, the plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal 285" forms for the additional defendant and the attorney general within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

4. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the complaint, this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the additional defendant identified in the 285 form.

5. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said

defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    6.  Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

    7.  No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel. The clerk is instructed not to accept any such document unless accompanied by proof of service.

_____
United States District Judge