IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED

SEP - 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JOHN MICHAEL HERKA,                      )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )   Civil Action No. 05-150-JJF
                                         )
DOCTORS ALI, ROGERS, BURNS,              )
MANCUSO, and FIRST                       )
CORRECTIONAL MEDICINE,                   )
                                         )
          Defendant(s).                  )


### SUPPLEMENTAL SERVICE ORDER

     WHEREAS, Plaintiff filed a Motion To Amend Complaint (D.I.
22) to add First Correctional Medicine as a Defendant;

     WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a),
a party may move to amend the party's pleading once as a matter
of course before a responsive pleading is served;

     NOW THEREFORE, IT IS HEREBY ORDERED this 25 day of August
2005 that:

     1.   Plaintiff's Motion To Amend (D.I. 22) is **GRANTED**.

     2.   The Clerk of the Court shall cause a copy of this order
to be mailed to the plaintiff.

     3.   Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the
plaintiff shall complete and return to the Clerk of the Court an

UNITED STATES POSTAGE

$ 00.370

02 1P
0002386401    SEP 06 2005
MAILED FROM ZIP CODE: 19977

RTS

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

John Michael Herka
#531922
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977