09/09/05 FRI 13:20 FAX 302 573 6041   Fed. Pub. Def./ Dela.  → DIST.CT.   ☒003
SEP. 9.2005 1:25PM   ATL DEPT OF CORRECTIONS   NO.935   P.2

John Michael, Plantiff

-v-   CASE# 05-150-JJF

Dr. Ali, Rogers, Mancuso
and Dr. Burn, et al.

## Motion for Emergency Injuction, Requiring Immediate Transportation Back to Delaware

*Via Fax*

Where as, the Plantiff John Michael Herka on this day Sept. 7, 2005 is petitioning this Honorable Court to issue an emergency injunction requiring immediate transportation back to the state of Delaware in order to have tests done on his heart at a local hospital.

The plantiff is asking the court to intervene on his behalf, for the following reasons:

As the court knows in July of 2005, had another heart operation which placed more stints in my heart. Upon discharge from Jackson Memorial, I was informed along with the Federal Bureau of Prison, that numerous tests needed to be done one month from time of discharge. These tests were needed to determine the extent of heart damage as well determing the future course of my heart treatment. But prior to that date, I found out I would be going back to Delaware to complete my time. Since I would not be in Miami, the doctors at F.B.P Miami, made arraingments with a hospital in

Case 1:05-cv-00150-JJF   Document 28   Filed 09/09/2005   Page 2 of 4

09/09/05 FRI 13:21 FAX 302 573 6041    Fed. Pub. Def./Dela.    → DIST.CT.    ☒004
SEP. 9.2005  1:25PM  ATL.DEPTOFCORRECTIONS                      NO.836   P.3

DELAWARE THAT HAD TREATED ME IN THE PAST.

ON AUG 16, 2005, WAS TAKEN VIA CON AIR FROM MIAMI TO ATLANTA, WHERE WE WERE TAKEN OFF THE PLANE AND SENT TO THE U.S. PENETARY IN ATLANTA WHERE FEDERAL PRISONERS ARE HELD UNTIL THEIR SCHEDULED FLIGHT IS READY TO TAKE THEM TO THE FINAL DESTINATION. IN MY CASE HARRISBURGH PA IS MY FINAL DESTINATION, AND THAT PLANE LEAVES EVERY WED. I WAS NOT PUT ON THE AUG 17 FLIGHT NOR THE AUG 24 ONE.

BUT ON AUG 24th I WAS TAKEN TO THE INFIRMORY AT THE PENITENTARY WITH CHEST PAINS. THE DOCTORS had determined I NEEDED TO GET TO A HOSPITAL ASAP. THE PRISON CALLED 911 AND UPON THEIR ARRIVAL IMMEDIATLY WAS TAKEN TO SOUTH FULTON COUNTY HOSPITAL IN ATLANTA. I WAS ADMITTED AND WAS SEEN BY A CARDIOLOGIST, NAME UNKNOWN. HE TOLD ME THAT THE FOLLOWING DAY I WAS TO HAVE exploratory heart Surgery TO CHECK MY STINTS and OTHER PARTS OF MY HEART. THAT EVENING OF AUG 24th A MAN NAMED RICHARD KENNEDY CAME INTO MY ROOM, AND TOLD ME HE WAS INFORMED FROM DELAWARE PRISON OFFICIALS, ABOUT MY FAKING OF HEART ATTACKS, WHICH THE COURTS KNOW IS A MAJOR REASON FOR MY LAWSUIT. HE proceeded to INFORM THE NURSE WHO WAS IN MY ROOM AS

Case 1:05-cv-00150-JJF    Document 28    Filed 09/09/2005    Page 3 of 4

09/09/05 FRI 13:21 FAX 302 573 6041    Fed. Pub. Def./ Dela.    → DIST. CT.    ☒005
SEP. 9.2005  1:26PM   HILDEPTOFCORRECTIONS    NO.836    P.4
PAGE 3

SAME THING. THE NEXT MORNING I WAS INFORMED BY MY DOCTOR THE SURGURY WAS CANCELLED. I ASKED WHY BUT RECEIVED NO ANSWER. THIS ACTION BY THE DOCTOR IS ASTONISHING, THAT OVERNIGHT MY DIAGNOSIS WOULD CHANGE SO DRASTICALLY. AS A MATTER OF RECORD NO OTHER TESTS WERE RUN THE ENTIRE 5 DAYS I STAYED IN THE HOSPITAL. THE DAY BEFORE DISCHARGE MR. KENNEDY CAME BY AND SAID IN FRONT OF 2 ATLANTA CITY JAIL OFFICIALS, MR. ENGLISH AND MRS. BROWN, THAT I WAS A MALANGERA. AT WHICH TIME I ASKED HIM IF HE KNEW ABOUT MY RECENT SURGURY IN JULY, HE ANSWERED NO.

UPON DISCHARE I WAS SENT TO THE ATLANTA CITY JAIL, WHERE I STILL REMAIN. TWO MORE FLIGHTS HAVE GONE NORTH TO PENNSYLVANIA, BUT WITHOUT ME. MR. KENNEDY WAS CONTACTED BY A MS. WILLIAMS WHO WORKS FOR INMATE SERVICES AT THE JAIL. HE WAS INFORMED OF ALL THE TESTS THAT NEEDED TO BE DONE, ALONG WITH THE FACT THIS IS TO BE DONE THE FOLLOWING WEEK. BUT, APPARENTLY MR. KENNEDY IS ONLY LISTENING TO THE OPIONION PUT FORTH BY DELAWAR DOCTORS, THAT MY CONDITION IS FAKE, TOTALLY DISREGARING ALL MEDICAL FACTS THAT IS INCLUDED IN MY MEDICAL FILE. SINCE HIS VIEW IS BIAS, he has DETERMINED THE TESTS ARE NOT OF ANY NEED, THEREFORE NOT PRIORITIZING MY NEED TO BE ON an earlier Flight back TO DELAWARE. IT IS FOR THESE REASONS I AM ASKING THIS COURT

Case 1:05-cv-00150-JJF    Document 28    Filed 09/09/2005    Page 4 of 4

09/09/05 FRI 13:21 FAX 302 573 6041    Fed. Pub. Def./ Dela.    → DIST.CT.    ☒006
SEP. 9.2005  1:26PM    ATL DEPT OF CORRECTIONS    NO.835    P.5
PAGE 4

TO INTERCEDE ON MY BEHALF, AND ISSUE AN order to produce me immediatly back in Delaware. THIS WAY, MY HEART SITUATION CAN be analized, and a proper course to full recovery can be put in place. I would ask the court to send via FAX ITS ORDER TO MR. KENNEDY @ 404-331-3199 IN ORDER TO NOT DELAY MY TRANSFER TO DELAWARE.

John Herka
JOHN N. HERKA, PRO SE

* PLEASE NOTE: MR RICHARD KENNEDY IS SUPERVISOR OF THE US MARSHAL SERVICES, AND IS responsible for ALL prisoner TRANSFERS

CC - VIA MAIL
Dr Burns, DrAl.
Dr Marcusco, De Rogers. et Al.
Richard Kennedy