Case 1:05-cv-00150-JJF    Document 28-2    Filed 09/09/2005    Page 1 of 2

09/09/05 FRI 13:20 FAX 302 573 6041    Fed. Pub. Def./Dela.    →→→ DIST.CT.    ☒002
SEP. 9.2005    1:25PM    ATLDEPTOFCORRECTIONS    NO.836    P.1

FAX# 302-573-6041

FILED
SEP 9 2 47 PM '05

FAX TO: PETER Diallo, clerk for Judge FARNAN.
U.S DISTRICT COURT
844 N. KING ST
WILMINGTON DE. 19801

From    John Michael Herka

RE:    MOTION For Civil CASE 05-150-JJF

# OF PAGES INCLUDING COVER. - 5

Comments. Dear Clerk.
    This is an emergency MOTION THAT I hope you can get the Judge to review immediatly, My Health and well being depend on it.

Thank-you
Joe Herka

ALSO could you send any current Decisions regarding my case back to this FAX #

# FEDERAL PUBLIC DEFENDER

District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

enny Marshall
ederal Public Defender

Christopher S. Koyste
Assistant Federal Public Defender

Eleni Kousoulis
Assistant Federal Public Defender

Jonathan Pignoli
Research and Writing Specialist

## FAX COVER SHEET

DATE: 9-9

TO: Clerks office

FROM: Rhonda

**Office of the Federal Public Defender**
**District of Delaware**

FAX #: _____

RE: _____

# of Pages 6 (Including Cover)

Comments:

This came to our office

CONFIDENTIALITY NOTE: The documents accompanying this telecopy transmission contain information from FEDERAL PUBLIC DEFENDER, DISTRICT OF DELAWARE, which is confidential or privileged. The information is intended to be of the individual or entity named on this transmission sheet. If they are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopy information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents.