JOHN HERKA                                                9-14-05
     .V.
DR. BURNS, Dr Ali
DR ROGERS, Dr MANCYSCO .. ETAL

CIVIL CASE 05-150-JJF

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO THE HONORABLE COURT:

   I HAVE ARRIVED BACK IN DELAWARE AS OF 9-13-05, AND NOW AM HOUSED AT SUSSEX CORRECTIONAL INSTUTITE ADDRESSE ENCLOSED AT END OF LETTER. I hope all this moving has not been a burden on the court.

   IN JULY I FILLED OUT paperwork for each defendant which is for the U.S MARSHALLS TO SERVE THEM WITH A COPY OF THE LAWSUIT. UPON ARRIVING IN DELAWARE I QUESTIONED IF DR. BURNS WAS SERVED WITH MY SUIT, BUT WAS INFORMED SHE DID NOT know about my lawsuit. I know THAT AN ERROR WAS on her sheet, It lists THE ADDRESS as RT 13, but it should be RT 113, BUT IT DOES list Sussex Correctional INSTITUTE, which should of been sufficiant.

   IN ADDITION, I had refilled my MOTION WITH THE COURT, regarding ASKING FOR RESTRAINING ORDERS AGAINST ALL DEFENDANTS. IT WAS ORIGINALLY DENIED

Because I was not in Delaware at the time.

Could you please inform me of the status regarding the delivery for the originally papers, to all defendants. Also could you update me on the following issues, since I have been out of communication for a little over a month.

1. The status regarding the restraining orders against the defendants. If it has been granted, can they be servered quickly because I am under her care right now, and need this issue resolved.

2. Status of my motion regarding discovery.

3. Status on adding F.C.M as a defendant.

The court should know that up to Aug 16 I was still at F.D.C Miami, and had not received any copies of motions that I sent to all defendants, as required by law, back thru the mail.

The U.S. Marshalls lost all my paperwork somewhere in atlanta, loosing my copies of my lawsuit. I know the court asks .50 cents per page for copies, but having no money makes it impossible to pay for a copy of all my papers. Is there any way to get another copy so I can continue

WITH MY MOTIONS. IF NOT, pleAse let me know who A check must be made out too, AND THE AMOUNT OF PAGES, AND I will have to WAIT ABOUT 3 months UNTILL I STArT WORKing here at the jail, PUTTING me AT A great disadvantage. Please let me know these answers quickly because there are tests that need to be ~~collected~~ completed and want to know who will be ARRAInging them for me.

                    Sincerly
                    John Herke
                    Pro Se.

ADDRESS
JOHN HerkA 531922
PT-4
P.O Box 500
Georgetown De 19947

I/M: John Herka 531922 BLDG: PT-4
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 2230370
$00.370 SEP 15 05
19947

U.S.M.S. X-RAY

U.S District Court
Court Clerk
844 N. King St Lockbox 18
Wilmington DE
19801