OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2005

TO: John Michael Herka
Reg# 57053-004
FDC Miami
ECHO-WEST
P.O. Box 019120
Miami, FL 33101-9120

RE: **U.S. Marshal 285 Forms**
*Civil Action #05-150(JJF)*

Dear Mr. Herka:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
U.S. Marshal
CAF



RECEIVED SEP 20 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

13839-0018-1A

John Michael Hepka
Reg# 57053-004
FDC Miami
ECHO-WEST
P.O. Box 019120
Miami, FL 33101-9120

RETURN TO SENDER
UNIDENTIFIABLE
NOT AT THIS ADDRESS
FORWARDING AUTHORIZATION EXPIRED
PACKAGE NOT ON FILE
OR REGISTER NUMBER

WILMINGTON DE 198