PAGE 1

John Herka - Plantiff

-v-

Dr Al., Dr Rogers,
Dr Burns, Dr Mancuso



Civil case# 05-150-JJF

MOTION TO ISSUE TEMPORARY INJUNCTION REQUIRING DEL. DEPT OF CORRECTION TO REMOVE PLANTIFF FROM SEGREGATED HOUSING, WHERE THE LACK OF PROCEDURES OR EMERGENCY SYSTEMS ALLOW for NOTIFICATION AT TIME OF EMERGENCY.

WHEREAS, ON THIS DAY SEPT 23, 2005 THE PLANTIFF JOHN HERKA IS PETITIONING THIS COURT for immediate relief AGAINST THE MEDICAL STAFF AND THE DELAWARE DEPT OF CORRECTIONS "CLASSIFICATION UNIT" UNDER COMMAND OF MAJOR HOLMAN, ~~which~~ FOR COMING TOO THE CONCLUSION THAT I SHOULD BE PLACED IN SEGREGATED HOUSING, even though ALL ARE AWARE of my WORSENING MEDICAL CONDITION. THIS BEING SAID, they proceeded with the placment, fully aware that the procedures and lack of systems in the SEGREGATED HOUSING UNIT, does not allow for monitoring or notification in the event of a medical emergency. In ADDITION the housing units rules prohibits my Doctor prescribed daily exercise from being done, stopping my rehabilitation put in place by my Cardiologist who performed my heart Surgery in Miami this past July.

WITH MEDICAL APPROVING my placement into SEGREGATED HOUSING, IT SHOWS A CONTINUING pattern of Medical neglect when it comes to the well being

OF THE PLANTIFF. THE FACTS BROUGHT TO BARE will show the Medical STAFFS ACTIONS, put THE PLANTIFFS LIFE IN UNNECESSARY danger.

THE SEGREGATED HOUSING UNITS MAIN Purpose IS TO CONTROL INDIVIDUALS who have caused problems previously in Jail, But As my RECORDS shows there has been no disciplinary problem at ALL SINCE COMING TO D.C.C, NOR WHILE IN CUSTODY OF THE FEDS IN MIAMI. FOR THE RECORD WHILE AT F.D.C MIAMI I WAS HOUSED IN GENERAL HOUSING, with no write-ups.

AT D.C.C THE SEGREGATED HOUSING UNIT IS A ENCLOSED UNIT CONSISTING OF A TOTAL OF 24 cells, 12 upstairs and 12 downstairs. EACH cell has only one individual living in it, with NO emergency call button to notify gaurds incase of An emergency. NOR ARE THERE ANY gaurds posted in the unit, they come through during IRREGULAR intervals, checking in by pushing buttons on a phone, Registering what time they came through. For Example today SEPT 23 A GAURD came through at 1:30, and a new gaurd just walked by at 4:00, sometimes it even less frequent. IN ADDITION THERE ARE NO CAMERAS in the rooms, that could monitor the going on's in a cell. WHEN IT COMES TO REC INDIVIDUALS are allowed 45 minutes every other day, which includes taking a shower in that alloted time.

THESE PROCEDURES HAVE MANY ways that

put an individual with a bad heart, in jeopardary. Some of them addressed below;

With the lack of an in-room emergency system the plantiff, if he was to have another heart episode has no-way to contact gaurds who are not even located in his housing unit. Without a cellmate if the plantiff was to pass out, which has been my major problem since June of 05 through my stay in Atlanta only 3 weeks ago, he would lay unconcious on the floor, untill a gaurd walks by, which could be hours. With a heart attack, the first few minutes are the most critical. With proper care damage to the heart can be limited, but without that care, death can be the result.

The lack of exercise goes against my rehab that was put in place by my cardiologist. It called for vigourous walking for 2 hours each day with cool down periods afterwards. But housed in segregation, gives me about 3 hours per week much less than pescribed.

Since back, the medical staff, who has not been served with my lawsuit, has continued to treat my condition with neglect and malice. Knowing everything about my medical history including everything from my stay in Miami, they still don't take me medical condition seriously. This is proven by 2 recent instances. The first occured on Sept 20 when I had some

chest pains and shortness of Breath. Dr. Rogers meet me at the infirmary and had an EKG done. It showed my heart was in "A-FIB" which is a dangerous heart beat causing my heart to race at 120 beats per minute, while rising my blood pressure to 189/110. In the past these same conditions have sent me to the hospital. But nothing was done.

For the last Day and a half starting on Sept 22. Nurses at the Shu did not give me my meds. I spoke with Lt. Welcome who told me nothing could be done, nor would anyone call over to the medical dept to try to fix the problem. This is unexceptable, since on each occasion when the nurse came to deliver meds, I told her about my problem and she walked away without even asking my NAME.

With my medical condition worsening since leaving Delaware in March, and Doctors here in Delaware being informed of how bad the situation is from Doctors in Miami, they go ahead and place me in a cell where if a medical situation arises and I pass out like I have done 6 times since June with heart problems, no one will know. This could do two things cause major damage to my already week heart, or possibly death.

It is for these reasons I am asking the court to issue a temporary injunction putting me in general population where not only

would I have a cell mate to summon help if needed, but also gaurds who are actually located in the housing block full time. I would then ask the honarable court for a court hearing where information could be presented by the plaintiff and defendant so the court can come to a decision on this situation.

John Herka
Pro se.

cc: D.C.C
c/o Major Homan
1181 Paddock Rd
Smyrna DE 19977

Dr Al., Rogers, Mancusco
1181 Paddock Rd
Smyrna DE 19977

De Burns
PO Box 500 - RT 113
Georgetown De 19947

I/M: John Herka 531922 BLDG: 1F-CO2
CORRECTIONAL INSTITUTION
1181 Paddock Rd
GEORGETOWN, DELAWARE 19947
SMYRNA



U.S. DISTRICT COURT - WILMINGTON
COURT CLERK =05-150-JJF"
844 N. KING ST - LOCKBOX 18
WILMINGTON DE
19801

LEGAL MAIL