IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN HERKA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-150-JJF |
| DR. BURNS, DR. ALI, DR. ROGERS, DR. MANCUSO, and FIRST CORRECTIONAL MEDICINE, | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiff filed a Motion For Emergency Injunction, Requiring Immediate Transportation Back To Delaware (D.I. 28);

WHEREAS, Plaintiff has since informed the Court that his transportation to Delaware has been effectuated;

NOW THEREFORE, IT IS HEREBY ORDERED this 5 day of October 2005, that Plaintiff's Motion For Emergency Injunction Requiring Immediate Transportation Back To Delaware (D.I. 28) is <u>DENIED AS MOOT</u>.

_____
UNITED STATES DISTRICT JUDGE