THE HONORABLE Judge FARNAN                    10-1-05
844 N. KING ST
WILMINGTON DE  19801

RE: CASE 05-150-JJF

    IN THE LAST 7 MONTHS I have been transfered to numerous jails, causing me to not get updates on my motions before this court as well as notification of my Defendants being served.

    In July, while still in Miami I signed and mailed back my US Marshall-285 forms. At the same time I refilled my motion for restraining orders against all the defendants, because the court found the request Moot since I was not under their care at the time.

    To date all I know is that the forms were sent to the US Marshalls office to be served.

    I have been back in Delaware since SEPT 12, and have not been seen by a doctor to get an update on my Medical condition, nor arrange for the follow tests required when I had my heart surgury in Miami.

    These defendants actions continue to put my life in danger. It is for that

over

reason I am asking the court to immediatly update me on the following issues

1. Have the US MARSHALLS SIS SERVE ALL Defendants. And if so can I get signed copies for my records.

2. Did the Honorable Judge grant my motion for the restraining orders. If so can I have copies of each order for my records.

3. Has F.C.M been added as a defendant to my suit.

It would be greatly Appreciated to get these Answer in an expedicous manner

ADDRESS
John Herka 531922
D.C.C
1181 Paddock Rd
Smyrna De 19977

Sincerly
John Herka

FILED
OCT - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M J. Hecks
SBI# 531927   UNIT 17C12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Dist Court - Wilmington
Judge Farnan
844 N. King St Lockbox 18
Wilmington DE 19801

LEGAL MAIL

U.S.M.S. X-RAY