OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 13, 2005

TO: John Michael Herka
    SBI #531922
    Delaware Correctional Institution
    1181 Paddock Road
    Smyrna, DE 19977

*RE*: **Response to letter dated 10/1/05; 05-150(JJF)**

Dear Mr. Herka:

The Court is in receipt of your letter dated October 1, 2005. In response to your inquiries, the Court has provided you with a copy of the docket sheet. To date, the Court has not received your USM 285 Form for Defendant First Correctional Medicine.

Please understand that nothing contained in this letter is intended to express an opinion on the merits of any of your claims.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc. Docket Sheet