U.S District Court  
c/o Court Clerk  
844 King St Lockbox 18  
Wilmington DE 19801

10-15-05

RE: 05-150-JJF

FILED  
OCT 21 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

Mr Dalleo.

    For some reason, today I received copies of motions and updates that I had previously received. As you know I have been in transition from Aug 16 till Sept 16, the day I finally arrived here at D.C.C. There are some questions I do need answered.

    1. You forwarded to the U.S Marshalls my forms 285 back in August. It is now Oct 15, almost 2 months, has the papers been servered. If not how long do the Marshalls have to do it, and do I receive a sign copy once the serving is completed. If done can you supply me with a copy.

    2. Back when I filed a motion to add F.C.M as a plantiff, I also sent new requests for restraining orders, since the first were found moot, since I was in Miami. I never received any decision on that, can you please let me know, It is very important.

    3. Also could you send some blank US Marshal 285 forms, I need them to add the new plantiffs to my suit. →

Can you please expedite your response to both these inquiries, you see I am still being taken care of, medically by the EXACT STAFF I am seeking relief from. And without this information I cannot proceed to properly address my medical situation here

Sincerly
Joli Heika

I/M J. Herka
SBI# 531922   UNIT 17-CL2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.37⁰ PITNEY BOWES
OCT 20 2005
MAILED FROM ZIP CODE 19977

U.S. District Court
% Peter Dalleo - Clerk
844 King St - Lockbox 18
Wilmington De
19801

LEGAL - URGENT