OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 1, 2005

TO: John Michael Herka
SBI# 531922
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

**RE:  Status Letter; 05-150(JJF)**

Dear Mr. Herka:

    This office received a letter from you on 10/21/05 requesting the status of service and pending motions in your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case. A docket sheet was sent to you on 10/1/05. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. An additional docket sheet will cost $2.50.

    Please be advised that the USM 285 forms are available from the law library of the institution where you are incarcerated. You may request U.S. Marshal forms from the law library upon receipt of an order of the Court requiring that you provide such. Furthermore, be advised that the Clerk's Office does not send forms in response to individual requests.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.