ORIGINAL

JOHN M HERKA - PLANTIFF

-v-

Doctors Alle, Rogers, Burns
Mancusco, F.C.M Corp and
Attorney General of the
State of Delaware

Civil Case - 05-150 JJF

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for Discovery To Produce Documents

Whereas, The Plantiff, John Herka on this day Nov 9, 2005 is Requesting Documents to Be produced by the Defendants within 30 days.

These documents are needed to allow the plantiffs suit to proceed. Therefore the plantiff is asking to inspect and copy said documents

The documents requested are as follows:
1. A LIST OF ALL NURSES AND Proffesional Assistants That were employed at Sussex Correctional Institute from July 29 through Dec 9 2004 The day the plantiff was transfered. This list should also include photos to identify certain personell whom administered medical care to the plantiff. The photo's are needed since medical personell never wore Id tags.
2. A LIST OF ALL MEDICAL Nurses and proffesional assistants That were employed at Delaware

Correctional Center from Dec 9 2004 through March 22 2005 The day the defendent was taken into Federal Custody. This list should include photos to identify certain personell whom administered medical care to the plantiff. The photos are needed since medical personell never wore Id tags.

All Documents should be sent to the Plantiff at D.C.C #531922, John Herka 1181 Paddock Rd Smyrna De 19977

John Herka
Pro, Se

John M Herka - PLANTIFF
              -V-
Doctors Alle, Rogers, Burns,
Mancusco, F.C.M Corp and
Attorney General STATE
of DELAWARE



CIVIL CASE 05-150JJ

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Proof of Service and
This is a list of all parties served Motions
Attached

1. Dr Rogers, Dr Alle, Dr Mancusco
   AT: 1181 Paddock Rd
        Smyrna De 19977

2. Dr Burns, Rick Kearney Warden
   AT: P.O Box 500
        Georgetown De 19947

3. F.C.M Corp
   At Phenox Ae, 24119

4. Attorney General STATE OF DELAWARE
   820 N. FRENCH ST
   Wilmington De 19801

All above Defendants have been served as
required by law
                              John Herka, Pro Se

IM John Herka
SBI# 531922   UNIT 17-GL2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St Lockbox 18
Wilmington De
19801

U.S.M.S X-RAY

LEGAL Mail