U.S DISTRICT COURT                                          11-23-05
HONORABLE Judge Farnan
844 N. KING St
WILMINGTON DE 19801


RE: Acknowledgment of Receipt for forms USM-285


Your Honor
    As Required by law I filled out USM-285 forms to be served to all defendants involved in CIVIL CASE-05-150 JJF. Your office received them back from me filled out on 8-18-05 as stated in Your Docket report #(D.I.25). Then according to D.I. dated 8-25-2005 my forms were forwarded to U.S MARSHALLS for service.
    To date NOV-23-2005 I have never received proof of service for any of the U.S.M 285 that I filed. I dont know if they were mailed while I was in transit back to Delaware, but never the less I dont have any proof the defendants were served. Can you look into where the copies I was suppose to receive are, and make sure some proof is supplied to me

Sincerly
John Heaka

FILED
NOV 28
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M John Hevks
SBI# 531922  UNIT 17-CLZ
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY 

LEGAL MAIL

U.S Dist Court
c/o Peter Dalleo - Clerk
844 N. King St. Lockbox 18
Wilmington DE
19801