JOHN HERKA. PLANTIFF
-V-
Doctors Alle, Rogers, Buen
and Mancusco, F.C.M Corp
Attorney General of DE.

CIVIL CASE # 05-150JJF

**FILED NOV 28 2005 — U.S. DISTRICT COURT DISTRICT OF DELAWARE**

MOTION TO AMEND lawsuit TO INCLUDE "NURSE JANE DOE" AT Delaware Correctional Center

Whereas, The Plantiff John M Herka on this day Nov 19, 2005 pursuant to the laws of civil procedure is seeking to include "Nurse Jane Doe", who is assigned to administer care and medications in Building 17 tier C at Delaware Correctional Center. The reason for this motion to amend is as follows:

1. On numerous occasions "Nurse Jane Doe" whom is responsible for distribution of evening meds has either omitted or given wrong doses of life substaining medications. Each time, Nurse Jane Doe is informed of the error, but never rectifies the problem, keeping needed meds from the plantiff.

2. Nurse Jane Doe has also denied me medical care when I have told her that I was having tightness in my chest. Which is the main complaint in my pending lawsuit,

The consistant denial of medical assistance for my bad heart. This occured most recently on Nov 18 2005 while in the presence of LT. Wellcome whom was escorting Jane Doe around with evening meds. The plantiff explained to her about recent bouts of chest tightness over the last few weeks. INSTEAD of helping me she informed the Lietenant that nothing needed to be done disregarding a dangerous situation.

3. For these reasons Nurse Jane Doe ACTION goes against the hypocritical oath all medical personell swear to uphold. Her attitude towards the plantiffs medical condition consistantly puts John Herko's life in jepody. The plantiff is therefore asking this honorable courts to issue an Injuction preventing her from administering any medical assistance to the plantiff John Herka.

John Herka
Pro, se

cc: Doctors Alle, Buens, Mancusco, Rogers
F.C.M Corp and attorney General of Delaware, as well as U.S District court.

IM John Herka
SBI# 531922   UNIT 17-CL2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

U.S.M.S
X-RAY

U.S District Court
Judge Joseph Farnan
844 N King St Lock Box 18
Wilmington De
19801

$ 00.60⁰  NOV 25 2005
MAILED FROM ZIP CODE 19977