NOTICE OF SERVICE TO ALL DEFENDANTS FOR CIVIL CASE 05-150. The list has received copies of motions sent to U.S DISTRICT COURT.

Served

1. Dr. Alle      - MAIL
   D.C.C SMYRNA DE

2. Dr Rogers    - MAIL
   D.C.C Smyrna De

3. Dr Mancusco  - MAIL
   D.C.C Smyrna DE

4. Nurse Jane Doe - HAND Delivered
   D.C.C Smyrna.

5. Dr Burns -Mail
   S.C.I - Georgetown De

6. F.C.M Corp - MAIL
   Phenax Ariz

7. Attorney General - MAIL
   Wilmington De.


Jolu Herbe  on this Day  Nov 22, 2005