JOHN HERKA - PLANTIFF

v

Doctors Aile, Rogers, Burns
Mancosco, F.C.M Corp
Attorney General

Civil Case - 05-150-JJF

**FILED**
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO EXPEDITE REQUEST of 9-30-05 FOR TEMPORARY RESTRAINING ORDER

Whereas, the plantiff John Herka on this day NOV 20, 2005 is asking this court to expedite original motion filed on 9-30-05 as recorded on Docket report as D.I 31, the original request asked this honorable court to issue restraining orders AGAINST ALL DEFENDANTS. Since arriving back in custody of the Delaware Department of Correction the medical staff has ignored my heart condition, putting my life in Danger. On numerous occasions via a sick call slip, I have told the medical staff of chest pains and tightness, only to be ignored.

Therefore the need to have this original motion reviewed becomes ever more important to maintain my better health.

John Herka

I/M John Herka
SBI# 531922   UNIT 17-CL2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

U.S.M.S.
X-RAY

U.S District Court
Judge Joseph Farnan
844 N King st Lock Box 18
Wilmington De
19801

$ 00.60
NOV 25 2005
MAILED FROM ZIPCODE 19977