John Herka

v.

Doctors Alle, Buens, Rogers, Mancusco, F.C.M CORP and Attorney General State of Delaware

Civil Case. 05-150 JJF

FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO ADD Deadline Date to First REQUEST for Production of Documents (D.I.23) filed 8-15-2005

Where As, the plantiff John Herka on this Day NOV 18 2005 is Asking This Honarable Court to Amend my request for documents to include a deadline.

When the Court recieved the request (D.I.23) on 8-15-05 it Asked the Defendants to supply specific information to the plantiff as allowed by the courts. On the original request there was no date included to when the defendants needed to get the information to the Plantiff.

1. Therefore the Plantiff is requesting an amendment of (D.I.23) to include a deadline of 30 days from the time of receiving this Motion. This date shall be No later than DEC 31, 2005.

John Herka
Pro, se

I/M John Herka
SBI# 531922   UNIT 17-CL2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

U.S.M.S.
X-RAY

U.S. District Court
Judge Joseph Farnan
844 N King St Lock Box 18
Wilmington De
19801