NOTICE OF SERVICE TO ALL DEFENDANTS FOR CIVIL CASE 05-150. The list has received copies of motions sent to U.S District Court.

Served.

1. Dr. Alle - MAIL
   D.C.C SMYRNA DE
2. Dr Rogers - MAIL
   D.C.C Smyrna DE
3. Dr Mancusco - MAIL
   D.C.C Smyrna DE
4. Nurse Jane Doe - HAND Delivered
   D.C.C Smyrna.
5. Dr Burns - MAIL
   S.C.I - Georgetown De
6. F.C.M Corp - MAIL
   Phenax Ariz
7. Attorney General - MAIL
   Wilmington De.

John Herke on this Day Nov 22, 2005