JOHN HERKA Plantiff

v

Doctors Alle, Rogers, Burns
Mancusco, F.C.M Corp and
Attorney General of DE

Civil case # 05-150JJF

MOTION TO CHANGE Nurse Jane Doe to reflect her real NAme.

Where as, the plantiff John Herka on this Day NOV 22, 2005 is Asking to Change JAne Doe who was to be added to lawsuit on MOTION dated NOV 19, 2005

Prior to Nov 22, 2005 The nurse was only known as Jane Doe. On this day Nurse Jane doe's name was discovered to be Betty Bryant. Therefore I would ask the court to omit Jane Doe and replace it with Betty Bryant

John Herka,
Pro se

FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF SERVICE TO ALL DEFENDANTS FOR CIVIL CASE 05-150. The list has received copies of motions sent to U.S District Court.

Served:

1. Dr. Alle      - MAIL
   D.C.C SMYRNA DE
2. Dr Rogers    - MAIL
   D.C.C Smyrna De
3. Dr Mancusco  - MAIL
   D.C.C Smyrna DE
4. Nurse Jane Doe - HAND DELIVERED
   D.C.C Smyrna.
5. Dr Burns     - MAIL
   S.C.I - Georgetown De
6. F.C.M Corp   - MAIL
   Phenax Ariz
7. Attorney General - MAIL
   Wilmington De.

John Herbe on this Day Nov 22, 2005

IM John Herka
SBI# 531022   UNIT 17-CL2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

LEGAL MAIL

$ 00.60⁰
NOV 25 2005
MAILED FROM ZIP CODE 19977

U.S District Court
Judge Joseph Farnan
844 N King St Lock Box 18
Wilmington De
19801