UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MICHAEL HERKA, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-150-JJF |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | JURY OF 12 DEMANDED |
| ) | |
| Defendant. ) | |

NOTICE OF RECORDS DEPOSITION

TO: John Michael Herka  
SBI # 531922  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977  

Department of Corrections  
Bureau Chief Joyce Talley  
245 McKee Road  
Dover, DE 19904  

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for Delaware Correctional Center relating to medical records of John Michael Herka at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Thursday, January 5, 2006, beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring  
Daniel L. McKenty, Del. Bar No. 2689  
Dana M. Spring, Del. Bar No. 4605  
1225 N. King Street, Suite 1100  
P.O. Box 397  
Wilmington, DE 19899-0397  
(302) 655-6749  
Attorneys for Defendant Roberta F. Burns, M.D.

Dated: December 21, 2005

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN MICHAEL HERKA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-150-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, **DANA M. SPRING**, hereby certify that on the 21st 0ay of December, 2005, two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first class mail, postage pre-paid:

John Michael Herka
SBI # 531922
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Department of Corrections
Bureau Chief Joyce Talley
245 McKee Road
Dover, DE 19904

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendant Roberta F. Burns, M.D.