Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RTS
REFUSED
HM AT HOSPITAL

05-150 JJF

John Michael Herka
SBI# 531922
DCC
1181 Paddock Road
Smyrna, DE 19977

RECEIVED
JAN 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

X-RAY
U.S.M.S.

RECEIVED
DEC 29 2005
Delaware Correctional Center

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 27, 2005

TO: John Michael Herka
#531922
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

**RE: Status Letter; 05-150(JJF)**

Dear Mr. Herka:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc. Docket Sheet