OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:     CCIC, Department of Corrections
        Fax number 8-302-739-7486

FROM:   Peter T. Dalleo, Clerk, U.S. District Court

Re:     Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

John Michael Harle
#531922  SBI
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

*incarcerated in Delaware Correctional Center*

Anita Bolton
Deputy Clerk

302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court

2006 JAN 10 AM 11:46
DISTRICT OF DELAWARE