U.S District Court      1-21-06
c/o Court Clerk
844 King St
Wilmington De 19801

RE: Dr Rogers

05-150 (JJF)

Court Clerk,

    I just received an update to my case that originally was mailed on Dec 29, 2006. At that time I was hospitalized with heart problems and did not receive the letter back untill today Jan 20, 2006.

    I am writing about #55 on your most current Civil Docket dated 1-12-06. It has to do with Dr Rogers. She is still employed at D.C.C in Smyrna De and works weekdays at the infirmary. I saw her 2 weeks ago the day I got discharged from the hospital. Can you please notify the Marshalls of this information

    Sincerly
    John Hluka

FILED
JAN 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M John Herko
SBI# 531922  UNIT 19 DL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL Mail

U.S. M's
X-RAY

U.S. District Court
c/o Court Clerk
844 N. King St Lockbox 18
Wilmington DE
19801