JOHN HERKA

-v-

Doctors Ali, Burns, Manerson
and Rogers, F.C.M Corp and
State of Delaware

Case 05-150-JJF

FILED
FEB -1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

## MOTION TO Compell

WHERE AS THE PLANTIFF JOHN HERKA on this date January 19, 2006 is asking this Honorable Court to Compell Defendants to turn over critical information that was originally requested pursuant to Rule 209.

THE PLANTIFF SUBMITTED ORIGINAL REQUESTS TO ALL defendants giving Ample time to reply. To date the requested information has not been received Therefore pursuant to the Federal Rules of Civil Procedure the plantiff is Asking this court to Compell the defendants to Produce the Following

1. (A-EXHIBIT) REQUEST by plantiff Asking for lists of past and present employees.
2. (B-EXHIBIT) REQUEST By plantiff asking for Medical files and hospital Correspondence.
3. (C-EXHIBIT) REQUEST For medical contracts and consultations as originally requested on 8-15-05 AND marked as D.I 23 on the courts own Docket reference.

Since all legal procedures have been followed the plantiff is Asking this Court to intervene on his behalf

John Herka