John Herka
-v-
Doctors Aile, Burns,
Rogers, Mancusco,
F.C.M Corp and Attorney
General State of Delaware

Civil Case. 05-150JJ

MOTION TO ADD Deadline Date to First REQUEST for Production of Documents (D.I.23) filed 8-15-2005

Whereas, the plantiff John Herka on this Day NOV 18 2005 is asking this Honarable Court to amend my request for documents to include a deadline.

When the Court received the request (D.I 23) on 8-15-05 it asked the Defendants to supply specific information to the plantiff as allowed by the courts. On the original request there was not date included to when the defendants needed to get the information to the Plantiff.

I. Therefore the Plantiff is requesting an amendment of (D.I.23) to include a deadline of 30 days from the time of receiving this motion. This date shall be no later than DEC 31, 2005.

John Herka
Pro. se

CERTIFICATE OF SERVICE

The plaintiff John Herka in case #05-150 pursuant to the law has mailed copies of his motion to compell to the following parties

1. Dr Alle, Rogers, Mancuso and Burns
   11 El Paddock Rd
   Smyrna De 19977
   &
   P.O Box 500
   Georgetown De 19947

2. F.C.M Corporation
   Pheonix Ariz 24119

3. ATTORNEY GENERAL
   820 N. FRENCH ST
   Wilmington De 19801

All have been sent copies via U.S Mail

John Herka
Pro se

sent
11-10

JOHN M. HECKA-PLANTFF                                Pg 1
-V-
Doctors Allie Rogers, Matuesco
Burn, F. M. Jerry, Attorney              Civ. Case 05-150 JJF
General State of Delaware

---

Motion for Discovery to
Produce Documents

---

Whereas, The plantiff John Hecka on this Day Nov 9, 2004 is REQUESTING DOCUMENTS TO BE TURNED OVER BY THE DEFENDANTS WITHIN 30 days.

These documents ARE PERTINANT TO THE PLANTIFF, John Hecka's Case before this COURT. Therefore the PLANTIFF is ASKING TO INSPECT AND COPY SUCH DOCUMENTS.

The documents REQUESTED ARE AS FOLLOWS:

1. ALL INFORMATION complied in the plantiffs MEDICAL file, including ALL OUTSIDE DOCTORS REPORTS, Hospital Correspondence, and all daily notes written by Nurses and Doctors who ADMINISTERED MEDICAL care to me from JULY 2004 Through MARCH 2005 the time which I left the STATE OF Delaware to face charges in the federal system.

2. ALL INFORMATION complied in the plantiffs MEDICAL file, including ALL outside Doctors reports, Hospital Correspondence, and all

Pg 2

Daily notes written by Nurses and Doctors who ADMINISTERED medical care to me from Sept 2003 through Nov 2005 the time which I am sent back to the STATE OF Delaware from Federal officials.

3 Copies of all computer files on the Plaintiff John Herka from July 2004 through March 2005 and Sept 2005 through Nov 2005.

ALL DOCUMENTS SHOULD BE SENT TO THE PLANTIFF AT D.C.C #531922, 1181 Paddock Rd Smyrna DE, 19977 within stated time line

John Herka
Pro se

JOHN M HERKA - PLANTIFF

-v-

Doctors Ali, Rogers, Bias
Mancuso, FCM Loop and
Attorney General of the
State of Delaware

Civil Case - 05-150-JJF

---

## Motion for Discovery To Produce Documents

Whereas The Plantiff, John Herka on this day Nov 9, 2005 is Requesting Documents To Be produced by the Defendants within 30 days.

These documents are needed to allow the plantiff's suit to proceed. Therefore the plantiff is asking to inspect and copy said Documents

The documents requested are as follows:
1. A LIST OF ALL NURSES AND Proffesional Assistants That were employed at Sussex Correctional Institute From July 29 through Dec 9 200- The day the plaintiff was transfered. This list Should also include photos to identify center personell whom administered medical care to the plantiff. The photo's are needed since medical personell never wore I.D. TAGS.

2. A LIST OF ALL MEDICAL Nurses and proffesional assistants That were employed at Delaware

Correctional Center from Dec 9 2004 Thru March 22 2005 The day The defendant was taken into Federal Custody. This list should include photos to identify certain personell whom administered medical care to the plantiff. The photos are needed since medical personell never wore Id tags.

All Documents should be sent to the PLANTIFF AT D.C.C#531922, John Herka 1181 Paddock Rd Smyrna De 19977

John Herka
Pro Se