U.S DISTRICT COURT                                         1-28-06
℅ Court Clerk
844 N. KING ST LOCKBOX 18
Wilmington De 19801

RE: CASE 05-150-JJF

CLERK,
    Please make all neccesary changes to my mailing address that is listed below. Recently I was transfered from Delaware to Maryland where I have an open charge. Please make sure all paperwork is sent to Maryland so there is no delay in my case.

                                          Sincerly
                                          John Heska

John Herka
℅ Caroline County Det Center
101 Gay ST.
Denton Md 21629



FAYETTEVILLE NC 283
03 FEB 2006 PM 3 L

John Herka
Caroline County Detention Center
101 Gay St
Denton Md 21629



U.S.M.S. X-RAY

US District Court
% Court Clerk
844 N. King St Lock Box 18
Wilmington De 19801