IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN MICHAEL HERKA,                )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) Civ. No. 05-150-JJF
                                   )
                                   )
                                   )
DOCTOR ALI, et al.,                )
                                   )
        Defendants.                )

### ORDER

WHEREAS, Plaintiff, John Michael Herka, filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 25, 2005, the Court entered an order adding First Correctional Medical as a Defendant and requiring Plaintiff to complete and return USM-285 forms for the additional defendant, and informing plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or the additional defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 26);

WHEREAS, on October 13, 2005, Plaintiff was advised by the Clerk of the Court that the Court had not received the 285 form for First Correctional Medical;

WHEREAS, to date, the required USM-285 form for First Correctional Medical has not been received from Plaintiff;

THEREFORE, at Wilmington this ⁷⁄⁷ day of February, 2006, IT IS HEREBY ORDERED that Defendant First Correctional Medical is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

                                       _/s/ Joseph J. Farnan_
                                       United States District Judge