OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: __February 7, 2006__

TO: __John Herka__

RE: CA# __05-cv-150 (JJF)__     **CASE CAPTION:** __John Michael Herka v. Doctor Ali,__ et al.

**DOCUMENT TITLE:** __Motion to Compel (D.I. 57)__

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐ Courtesy copy not received by next business day.

☐ Redacted copy of sealed document not received within 5 business days.

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐ Certificate of Service not included with the document.

☐ Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

☒ Other: __No original signature on Motion to Compel (D.I. 57).__

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:     Assigned Judge

(Rev. 5/05)

Deputy Clerk

John Herka

v.

Doctors Alie, Burns, Mancure

and Rogers, F.C.M. corp. and

State of Delaware

Case 05-150-JJF

57

F I L E D

FEB - 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

## MOTION TO COMPEL

Where as the Plaintiff John Herka on this day

January 19, 2006 is asking this Honorable court to

compell defendants to turn over critical information

that was originally requested pursuant to Rule 200

The Plaintiff submitted original requests to all

defendants giving Ample time to respond. To date

the requested information has not been received.

Therefore pursuant to the Federal Rules of

Civil Procedure the plaintiff is Asking this court

to compell the defendants to produce the following

1. (A-Exhibit) Request by plaintiff Asking for lists of

post and present employees.

2. (B-Exhibit) Request by plaintiff asking for

Medical files and hospital correspondence.

3. (C-EXHIBIT) Request for medical contracts and

consultations as originally requested on 8-15-05

And marked as D.I. 23 on the courts own

Docket reference.

Since all legal procedures have been followed

the Plaintiff is Asking this court to intervene on

his behalf

John Herka

Pro Se

John Herka

v.

Doctors Alle, Buens,
Rogers, Mancusco,
FCM CORP and Attorney
General State of Delaware

Civil Case. 05-150:

## MOTION TO ADD Deadline Date to First Request for Production of Documents (D.I.23) filed 8-15-2005

Where as, the plantiff John Herka on this Day Nov 18 2005 is asking this Honarable Court to Amend my request for documents to include a deadline.

When the court received the request (D.I.23) on 8-15-05 it Asked the Defendants to supply specific information to the plantiff as allowed by the courts. On the original request there was not date included to when the defendants needed to get the information to the Plantiff.

I. Therefore the Plantiff is requesting an amendment of (D.I.23) to include a deadline of 30 days from the time of receiving this Motion. This date shall be no later than DEC 31, 2005.

John Herka
Pro. Se

CERTIFICATE OF SERVICE

The plantiff John Herka in case #05-150 pursuant to the law has mailed copies of his Motion To compell to the following parties

1. Dr Alle, Rogers, Mancusco and Burns
   1181 Padolcck Rd
   Smyena De 19977
   &
   P.O Box 500
   Georgetown De 19947

2. F.C.M corporation
   Pheonix Ariz 24119

3. ATTORNEY GENERAL
   820 N. FRENCH ST
   Wilmington De 19801

All have been sent copies via U.S Mail

John Herka
Pro se

sent
11-10

JOHN M. HERKA - PLANTIFF                                    pg 1

-v-

Doctors Allie, Rogers, Mancisco
Burn, F.C. Mooby, Attorney
General State of Delaware                 Civ. Case 05-150 J

Motion For Discovery To
Produce Documents

_____ Whereas, The plantiff John Herka on this
Day Nov 9, 2004 is REQUESTING DOCUMENTS TO
BE TURNED OVER By THE DEFENDANTS within
30 days
          These documents ARE PERTINANT TO THE
PLANTIFF, John Herka's Case before this court.
There fore the PLANTIFF is ASKING TO INSPECT
AND COPY Such DOCUMENTS.
          The documents REQUESTED ARE AS FOLLOWS:
1. ALL INFORMATION complied in the plantiffs
Medical file, including ALL OUTSIDE DOCTORS
REPorts, Hospital Correspondence, and all daily
notes written by Nurses and Doctors who
ADMINISTERED Medical care to me from JULY 2004
Through MARCH 2005 the time which I left
the STATE OF Delaware to face charges in
the federal system
2. ALL INFORMATION compiled in the plantiffs
Medical file, including ALL outside Doctors
reports, Hospital Correspondence, and all

Pg2

Daily notes written by Nurses and Doctors who
ADMINISTERED medical care to me from
Sept 2003 through Nov 2005 the time
which I arrived back to the STATE OF DELA
from Federal officials.

3. Copies of all computer files on the Plantiff
John Herka from JULY 2004 through March
2005 and Sept 2005 throug Nov 2005.

    ALL DOCUMENTS SHOULD BE SENT TO THE
PLANTIFF AT D.C.C #531922, 1181 Paddock Rd
Smyrna De, 19977 within stated time line

                                    John Herka
                                    Pro se

JOHN M HERKA - PLANTIFF

-V-

Doctors Alle Rogers, Bras
Mfnesco, FNU Kopp and
Attorney General of The
State of Delaware

CIV Case - 05-BJJF

---

## Motion For Discovery To Produce Documents

Where as, The PLANTIFF, John Herka on
This day Nov 9, 2005 is REQUESTING Documents
To Be produced by the Defendants within
30 days.

These documents ARE Needed to allow
the plantiff's suit to proceed. Therefore the
plantiff is Asking To Inspect and copy said
DOCUMENTS

The documents requested are as follows:
1. A LIST OF ALL NURSES And Proffesional Assistants
That were employed at Sussex Correctional
INSTITUTE From July 29 thru Jan Dec 9 2005
The day the plantiff was transfered. This list
Should also include photos to identify certain
personell whom administered medical care
to the plantiff. The photos Are Needed
Since medical personell never wore Id TAGS
2. A LIST OF ALL MEDICAL NURSES and proffesional
ASSISTANTS That were employed at Delaware

Correctional Center from Dec 9 2004 Throu
March 22 2005 The day The defendant to
taken into Federal Custody. This list Should
include photos to identify Certain personell
whom administered medical care to The
plantiff. The photos are needed Since medica
personell never wore Tog Tags.

All Documents Should be sent to the
PLANTIFF AT D.C.C #531922 John Herka 1181
Paddock Rd Smyrna De 19977

John Herka
Pro Se



UNITED STATES POSTAGE

PITNEY BOWES
$ 00.63⁰
02 1A
0004608975      JAN 28 2006
MAILED FROM ZIP CODE 19977

U.S. M X-R

I/M John Herkg

SBI# 63 1922 ____ UNIT 19 D W

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S DisTRicT CourT

9b CourT Clerk

844 N King ST LockBox 18

Wilmington De

19801

LEGAL MAIL