A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4302
Email: kjconnors@mdwcg.com



February 27, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court in and for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801
**VIA ELECTRONIC FILING AND REGULAR MAIL**

RE:   John M. Herka v. Dr. Ali, Dr. Rogers, et. al.
      C.A. No.: 05-150-JJF
      Our Client:   Dr. Roberta Burns

Dear Judge Farnan:

On September 29, 2005, Plaintiff filed a Motion to Issue Temporary Injunction with this Court alleging, among other things, that he was not being administered his medication or being permitted to perform his rehabilitative exercises. D.I. 31. This Court, in a Memorandum Opinion dated on February 9, 2006, denied most of the requests made by Plaintiff. However, this Court Ordered Dr. Roberta Burns to file a response to "that portion of the Motion to Issue Temporary Injunction relative to rehabilitative exercises and the non-administration of medication." D.I. 62.

At the time that this Motion was filed, Plaintiff was an inmate housed at SCI in Georgetown, Delaware. On February 6, 2006, Plaintiff wrote the Court informing that his address had changed to Cordine County Detention Center in Denton, Maryland. D.I. 60. Since Plaintiff is no longer housed in a criminal facility within the State of Delaware, we ask that this Motion be judged as moot. If the Court makes a ruling that this issue is not moot and requires the filing of a response by Defendant, Dr. Roberta Burns, to Plaintiff's Motion to Issue Temporary Injunction, then Dr. Roberta Burns, requests an extension of five (5) business days until March 3, 2006 in which to respond.

I thank Your Honor for consideration of this matter.

February 27, 2006
Page 2

_____

Respectfully,

/s/ Kevin J. Connors

Kevin J. Connors

cc:   Clerk of the Court
      John M. Herka
      Dana M. Spring, Esquire