IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN MICHAEL HERKA,              :
                                 :
        Plaintiff,               :
                                 :
    v.                           :  Civil Action No. 05-150-JJF
                                 :
DR. ALI, DR. ROGERS, et al.,     :
                                 :
        Defendant(s).            :

## ORDER

Plaintiff filed a motion for injunctive relief while he was housed at the Delaware Correctional Center ("DCC") in Smyrna, Delaware. (D.I. 31.) Plaintiff stated that he was precluded from performing physician prescribed rehabilitative exercises, and that as of September 22, 2005, he was not being administered his medication. On February 6, 2006, the Court entered an order for Defendant Dr. Burns to file a response relative to rehabilitative exercises and the non-administration of medication. (D.I. 62.) The Court held its ruling on the medical issues in abeyance pending Dr. Burns' response.

It has come to the Court's attention that Plaintiff is no longer housed at DCC, having been transferred to the Caroline County Detention Center in Denton, Maryland. See D.I. 60. Inasmuch as Plaintiff is no longer at the DCC, injunctive relief may not issue. "The relevant inquiry is whether the movant is in danger of suffering irreparable harm at the time the preliminary injunction is to be issued." SI Handling Sys., Inc. v. Heisley,

753 F.2d 1244, 1264 (3d Cir. 1985). Because Plaintiff is no longer housed at the DCC, it is impossible for him to suffer irreparable there.

NOW THEREFORE, IT IS HEREBY ORDERED this 27 day of February, 2006, that the portion of the Motion to Issue Temporary Injunction (D.I. 31) relative to rehabilitative exercises and the non-administration of medication is **DENIED** as **moot**.

_____
UNITED STATES DISTRICT JUDGE