IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MICHAEL HERKA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-150-JJF |
| DR. ALI, DR. ROGERS, et al., | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff filed a Request for Production of Documents (D.I. 23) directed to each Defendant on August 15, 2005;

WHEREAS, Plaintiff filed a Motion to Add Deadline Date (D.I. 46) to the discovery request;

WHEREAS, to date Defendant Dr. Burns has appeared, and the remaining Defendants have either not been served or have not entered their appearance;

NOW THEREFORE, IT IS HEREBY ORDERED this 27 day of February, 2006 that Plaintiff's Motion to Add Deadline Date (D.I. 46) is **DENIED without prejudice** to renew.

UNITED STATES DISTRICT JUDGE