U.S District Court                                      3-14-06
℅ Peter Dalleo
844 .N King St Lockbox 18
Wilmington De 19801

RE: 05-150 JJF.

Mr Dalleo.
   I would request from your office a copy of my original lawsuit. This copy should include all motions and decisions right up to the current date 3-14-06.

Please Send the amount for the total Copy to:
John Herkg
3414 St James De
Southport N.C 28461.

A check will be sent once your page count is forwarded to that address. Thank-you in advance for your assistance

                                      Thank-you
                                      John Herka
                                      Pro. Se.

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

FAYETTEVILLE NC 283
21 MAR 2006 PM 3 L

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR 24  PM 12: 01

Mr Peter Dallo
U.S. District Court
844 N. King St Lock Box 18
Wilmington De 19801

John J. & Cookie Herka
3414 St James Drive
Southport NC 28461