OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 24, 2006

TO: John Michael Herka
Cordine County Detention Center
101 Gay Street
Denton, MD 21629

    *RE: Letter requesting copies dated 3/14/06; C.A. 05-150 JJF*

Dear Mr. Herka:

The clerk's office received a request for copywork dated 3/14/06. This request indicated that your return address is **3414 St James Drive, Southport, NC 28461**. Our current records indicate that you are currently located at **Cordine County Detention Center 101 Gay Street Denton, MD 21629**.

In order to have correspondence from the Court and from defendant's counsel mailed to you, both must have your correct mailing address. Please notify both the Clerk's Office and defendant's counsel of any changes in your address immediately.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Judge Joseph J. Farnan, Jr.
Alpha file
3414 St James Drive, Southport, NC 28461

