3-28-06

U.S District Court
%0 Court Clerk
844 King St Lockbox 18    Via-Regular mail
Wilmington De 19801

FILED
APR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

RE: Copies; C.A. 05-150-JJF

Mr Dalleo.
   I am in Reciept of your letter dated 3-24-06, which is Responding to my request for copies of my original lawsuit.
   As I notified you in Febuary, I am temporarily in Caroline County taking care of an open charge. That address is where I have been receiving correspondence regarding my suit.
   Recently, you received a letter from me requesting a copy of my lawsuit. In that letter I asked for it to be sent to 344 St James Drive Southport N.C. Since I am indigent my father is assisting me with procuring a copy of my file. In addition, I asked for it to be sent to his house so a copy can be made so that I will never need to purchase another copy again. But once that copy is sent to North Carolina please note everything should be sent to the address: 101 Gay St Denton Md 21629 →

Thank-you for your assistance.
    Just to be certain. I need a copy of the original suit and all correspondence from that point on. Send the amount due to the 3414 St James Dr Southport NC 28461. Then for this case only, send the copy to that same address

John Hecks
Pro Se

John Herka
Caroline County Detention Center
100 Gay St
Denton Md 21629

U.S. Districk Court
% Mr Dalleo Court Clerk
844 King St
Lock Box 18
Wilmington De 19801



FAYETTEVILLE NC 283
07 APR 2006 PM 1 T