U.S District Court
% Judge Farnan
844 N. King St -
Lock box 18
Wilmington De 19801-3519

6-14-06



RE: 05-150-JJF.

Your Honor
    My name is John Herka and currently I have a case pending in your court. I am writing to notify the court that I am back in Delaware after being away for 5 months. Listed below is my current address. Please change the address to reflect my new one.

Respectfully
John Herka

New Address:
John Herka - 531922
D.C.C
1188 Paddock Rd - 19-B-Hc
Smyrna De 19947



FAYETTEVILLE NC 283

21 JUN 2006 PM 2 L

U.S.M.S.
X-PAY

US District Court
% Judge Farnan
844 N. King St
Pock Box 18
Wilmington De 19801-3519

John Herka
SBI # 531922 Unit 19-B-HC
Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware 19977