Cardiology Consultants
c/o Office Manager

6-13-06

REDACTED

FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dover Delaware

CC Judge Farnan   US Districte Court

Dear Office Manager,
        My name Ys John Herka, birthdate
     63. I am an inmate of the Delaware
Department of Corrections, as well as a
patient of your medical group.
        In the past I have been seen
in your Dover office by Dr Grenwald,
And it is why I am writing to you. I
am asking that another Doctor in your practice
be assigned my case, for all future visits
and hospital stays, if any occur. You
see last week I was admitted to Kent
General for very high blood pressure, some
readings at 190/150 and higher. After
being kept overnight Dr Grenwald came
to see me. His bedside manner and
diagnosis leave much to be desired. He
discharged me even though my blood pressure
at the time was 160/130. To this day
my pressure is still dangerously high,
mainly because Dr Grenwol discontinued
alot of my blood pressure medicines.
Which to me is the Complete opposite of

what should have been done. I have an upcoming visit, I believe and expect to be seen by someone other than Dr Grenwal. Please respond in writing to this request. And please be advised. If this cannot be done and Dr Grenwal remains my physician. I will refuse medical treatment from your practice.

Thank-you
Joli Heeke