

US District Court
% Judge Farnan
844 N. King St
Pock Box 18
Wilmington De 19801-3519

John Herka
SBI # 531922 Unit 19-B-HC
Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware 19977