**CARDIOLOGY CONSULTANTS P.A.**
www.CardioConsultants.net

NEW CASTLE COUNTY
PIAMSOOK ANGKEOW, M.D.
KEVIN M. BOYLE, M.D.
ARTHUR W. COLBOURN, M.D.
BARRY S. DENENBERG, M.D.
ANDREW J. DOOREY, M.D.
ANTHONY B. FUREY, D.O.
EDWARD M. GOLDENBERG, M.D.
RICHARD F. GORDON, M.D.
ROBIN A. HORN, M.D.
AJITH G. KUMAR, M.D.
RONALD L. LEWIS, D.O.
RAYMOND E. MILLER, M.D.
GEORGE D. MOUTSATSOS, M.D.
ASHISH B. PARIKH, M.D.
MICHAEL J. PASQUALE, M.D.
PAUL C. PENNOCK, M.D.
JAMES M. RITTER, M.D.
MICHAEL E. STILLABOWER, M.D.
HENRY L. WEINER, M.D.
MARK R. ZOLNICK, M.D.

KENT COUNTY
HARJINDER S. GREWAL, M.D.
LAWRENCE G. NARUN, M.D.
DAVID RAMOS, M.D.
JOHN. W. SHUCK, M.D.

SUSSEX COUNTY
ALI DELBAKHSH, M.D.
E. MARK JOHNSON, M.D.
PEDRO J. PEREZ, M.D.
R. ALBERTO ROSA, M.D.
KENNETH P. SUNNERGREN, M.D.

July 6, 2006


RECEIVED JUL 12 2006

JOHN M HERKA
1811 PADDOCK RD DE DEPT OF CORRECTIONS
SMYRNA, DE 19977

Dear. Mr. Herka:

This letter is to notify you of the receipt of your letters. As per your request, we have scheduled you an appointment with another cardiologist in our practice. The details of the appointment were arranged with the medical department of the Delaware Correctional Center.

You stated in your letter that you are not authorizing any medical records or correspondence between our practice and the medical staff at the correctional facility. A copy of this request has been placed in your chart. Please be aware that according to federal and state laws, there may be instances we can use your health information without your authorization. I have enclosed a copy of our privacy notice for you to review.

I hope your requests have been met. We look forward to continuing your cardiac treatment.

Sincerely,

Scheduling Department
Cardiology Consultants, PA

CC: Delaware Department of Corrections/Medical Department
    Judge Farnan
    Carole Dunne, Attorney

yor

---

NEW CASTLE COUNTY    252 Chapman Road, Suite 150, Newark, DE 19702  (302) 366-1929  Fax (302) 366-1006
                    St. Francis Hospital Medical Office Building, 701 N. Clayton Street, Suite 407, Wilmington, DE 19805  (302) 421-9721  Fax (302) 421-9728
                    2700 Silverside Road, Wilmington, DE 19810  (302) 478-9185  Fax (302) 478-9187
                    Pike Creek Sports Medicine Building, 3105 Limestone Road, Suite 200, Wilmington, DE 19808  (302) 636-3020  Fax (302) 636-3025
                    Concord Plaza, Quillen Building, 3521 Silverside Road, Suite 1-C, Wilmington, DE 19810  (302) 477-6510  Fax (302) 477-6522
                    Ketlay Plaza, 114 Sandhill Drive, Suite 203, Middletown, DE 19709  (302) 452-3455  Fax (302) 376-4350
KENT COUNTY         1100 Forrest Avenue, Dover, DE 19904  (302) 672-4600  Fax (302) 672-4606
SUSSEX COUNTY       550 South DuPont Plaza, Milford, DE 19963  (302) 422-6050  Fax (302) 422-6820
                    1606 Savannah Road, Suite 3, Lewes, DE 19958  (302) 645-1233  Fax (302) 645-1228

**CARDIAC DIAGNOSTIC CENTERS**
3105 Limestone Road, Suite 202, Wilmington, DE 19808  (302) 994-6500  Fax (302) 994-6922
Concord Plaza, Quillen West, 3521 Silverside Road, Suite 1-A, Wilmington, DE 19810  (302) 477-6500  Fax (302) 477-6509
1100 Forrest Avenue, Dover, DE 19904  (302) 672-1890  Fax (302) 672-1899
550 South DuPont Plaza, Milford, DE 19963  (302) 422-6050  Fax (302) 422-6820
1606 Savannah Road, Suite 3, Lewes, DE 19958  (302) 645-1233  Fax (302) 645-1228

**BUSINESS OFFICE**