
**CARDIOLOGY CONSULTANTS P.A.**
www.CardioConsultants.net

**NEW CASTLE COUNTY**
PIAMSOOK ANGKEOW M.D
KEVIN M. BOYLE, M.D.
ARTHUR W. COLBOURN, M.D
BARRY S. DENENBERG, M.D
ANDREW J. DOOREY, M.D
ANTHONY B. FUREY, D.O.
EDWARD M. GOLDENBERG, M.D
RICHARD F. GORDON M.D
ROBIN A. HORN, M.D.
AJITH G. KUMAR, M.D.
RONALD L. LEWIS, D.O

RAYMOND E. MILLER, M.D.
GEORGE D. MOUTSATSOS, M.D.
ASHISH B. PARIKH. M.D.
MICHAEL J. PASQUALE, M.D
PAUL C. PENNOCK, M.D
JAMES M. RITTER, M.D.
MICHAEL E. STILLABOWER M.D
HENRY L. WEINER, M.D
MARK R. ZOLNICK M.D

**KENT COUNTY**
HARJINDER S GREWAL, M.D
LAWRENCE G. NARUN M D
DAVID RAMOS, M D.
JOHN W SHUCK M D

**SUSSEX COUNTY**
ALI DELBAKHSH, M.D.
E. MARK JOHNSON, M D
PEDRO J. PEREZ, M.D.
R. ALBERTO ROSA, M.D.
KENNETH P SUNNERGREN M D

## Notice of Privacy Practices

As required by the privacy Regulations created as a result of the Health Insurance Portability and Accountability Act of 1996 (HIPAA) this notice describes how Health information about you, the patient, may be used and disclosed, and how you can get access to your individually identifiable health information

### PLEASE READ THIS INFORMATION CAREFULLY.

Cardiology Consultants, PA, is dedicated to maintaining the privacy of your health information. In conducting our business, we will create records regarding you and the treatment and services necessary to keep you in good health. We are required by law to keep your health care information confidential. We are also required by law to provide you with this notice of our legal responsibilities. According to federal and state laws, and without your authorization, we can use your private health information for the items listed below

Your individual health information will be used for your treatment, for instance: laboratory testing results and examination findings will be used for reaching a diagnosis

We will also use this information for billing and collecting payments on your account. From time to time, it will be necessary for us to contact your insurance carrier regarding payment and may need to provide your carrier with details regarding your health

And finally your health information will be used for Health care operations. It may be necessary for us to disclose your information to evaluate the quality of your care and if your treatment proved effective, or to help us conduct cost-management and business planning activities for our practice

Our staff members are trained to maintain your confidentiality during your visits to our practice, however, by federal and state laws, we are obligated to disclose your private information for certain reasons, without your consent. Those reasons may be for Public health risks, lawsuits proceedings, law enforcement requests, identification of deceased patients, research, organ donations, military requests or serious threats to our nations health or security.

You have the following rights regarding your personal health care information:
 a. The right for confidential communications, i e. may we leave messages pertaining to your health with other family members or on an answering machine.
 b. The right to inspect and copy any or all of your information, however, your request must be done in writing and a fee may be charged.
 c. The right to a paper copy of this notice.
 d. The right to file a complaint if you believe your privacy rights have been violated
 e. The right to provide us with an amendment to your authorization at any time, if you have authorized us usage of your health information for reasons other than treatment, payment or health care operations.

We will continue to evaluate our efforts to protect your personal information and make every effort to keep your personal information accurate and up to date. If at any time we modify this notice we will provide you with advance notice of the changes and allow you the opportunity to opt out of such disclosure

If you have any questions regarding this notice or our health information privacy policies, please speak to any member of our health care team. Thank you.

---

**NEW CASTLE COUNTY**  252 Chapman Road. Suite 150, Newark, DE 19702  (302) 366-1929  Fax (302) 366-1006
St. Francis Hospital Medical Office Building. 701 N. Clayton Street Suite 407 Wilmington DE 19805  (302) 421-9721  Fax (302) 421-9728
2700 Silverside Road, Wilmington, DE 19810  (302) 478-9185  Fax (302) 478-9187
Pike Creek Sports Medicine Building, 3105 Limestone Road, Suite 200, Wilmington DE 19808  (302) 636-3020  Fax (302) 636-3025
Concord Plaza, Quillen Building, 3521 Silverside Road, Suite 1-C, Wilmington, DE 19810  (302) 477-6510  Fax (302) 477-6522
Kellay Plaza, 114 Sandhill Drive Suite 203 Middletown DE 19709  (302) 452-3455  Fax (302) 376-4350
**KENT COUNTY**  1100 Forrest Avenue Dover, DE 19904  (302) 672-4600  Fax (302) 672-4606
**SUSSEX COUNTY**  550 South DuPont Plaza. Milford, DE 19963  (302) 422-6050  Fax (302) 422-6820
1606 Savannah Road, Suite 3, Lewes DE 19958  (302) 645-1233  Fax (302) 645-1228
609 Atlantic Avenue, Suite C, Millville, DE 19967  (302) 541-8138  Fax (302) 541-8425

**CARDIAC DIAGNOSTIC CENTERS**
3105 Limestone Road, Suite 202, Wilmington, DE 19808  (302) 994-6500  Fax (302) 994-6922
Concord Plaza Quillen West, 3521 Silverside Road Suite 1-A, Wilmington DE 19810  (302) 477-6500  Fax (302) 477 6509
1100 Forrest Avenue, Dover, DE 19904  (302) 672-1890  Fax (302) 672-1899
550 South DuPont Plaza, Milford, DE 19963  (302) 422-6050  Fax (302) 422-6820
1606 Savannah Road Suite 3 Lewes DE 19958  (302) 645-1233  Fax (302) 645-1228
**BUSINESS OFFICE**
252 Chapman Road Suite 150 Newark DE 19702  (302) 366-7665  Fax (302) 366 0734