**CARDIOLOGY CONSULTANTS P.A.**
UNIVERSITY OFFICE PLAZA
252 CHAPMAN ROAD
SUITE 150
NEWARK, DE 19702-5424

**PERSONAL & CONFIDENTIAL**

Judge Joseph J Farnan Jr.
J. Caleb Boggs Federal Building
844 N King Street
Room 4124, Lockbox 27
Wilmington, DE 19801



X-RAY



$00.39¢