IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MICHAEL HERKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-150-JJF |
| | ) |
| | ) |
| DOCTOR ALI, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

WHEREAS, Plaintiff, John Michael Herka, filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 3, 2006, the Court entered a supplemental service order requiring Plaintiff to complete and return USM-285 forms for Betty Bryant and Dr. Rogers, and informing Plaintiff that the United States Marshal would not serve these two Defendants until the USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or these Defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 58);

WHEREAS, to date, the required USM-285 forms for Betty Bryant and Dr. Rogers have not been received from Plaintiff;

THEREFORE, at Wilmington this 13 day of July, 2006, IT IS HEREBY ORDERED that Defendants Betty Bryant and Dr. Rogers are

**DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

                                             */s/ Joseph J. Farnan, Jr.*
                                             UNITED STATES DISTRICT JUDGE