IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN MICHAEL HERKA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-150-JJF |
| DOCTOR ALI, et al., | : | |
| Defendants. | : | |

### ORDER

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983;

WHEREAS, on July 12, 2006, this Court entered an Order and served the copy upon Plaintiff at his last known address (D.I. 74);

WHEREAS, on July 26, 2006, the Order was returned as "undeliverable mail" and handwritten on the enveloped was the word "deceased" (D.I. 75);

WHEREAS, the Court's inherent power allows it to enter orders to manage its own affairs "so as to achieve the orderly and expeditious disposition of cases." Hritz v. Woma Corp., 732 F.2d 1178, 1180 (3d Cir. 1984) (citing Link v. Wabash R.R. Co., 370 U.S. 626, 629-31 (1962);

THEREFORE, at Wilmington this ___ day of October, 2006, IT IS HEREBY ORDERED that the parties shall comply with the requisites of Federal Rule of Civil Procedure 25(a)(1) by no later than November 16, 2006, for the expeditious disposition of

this case.

                                                                                    *[signature]*
                                                       UNITED STATES DISTRICT JUDGE