-



John Michael Herka
SBI # 531922
DCC
Smyrna,  DE

**Other Orders/Judgments**
1:05-cv-00150-JJF Herka v. Ali et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from bkb, entered on 10/20/2006 at 4:23 PM EDT and filed on 10/20/2006
**Case Name:** Herka v. Ali et al
**Case Number:** 1:05-cv-150
**Filer:**
**Document Number:** 76

**Docket Text:**
ORDER, the parties shall comply with the requisites of Federal Rule of Civil Procedure 25(a)(1) by 11/16/06; Notice of Compliance deadline set for 11/16/2006.. Signed by Judge Joseph J. Farnan, Jr. on 10/20/06. (bkb, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/20/2006] [FileNumber=290757-0
] [91773cac5c3ee7c325906c01ad412a72713af7db7df687b8e1336612cff03b71cec
7a401b30269d74495cc746847e9e1d4830f68dc904d329074b193ea0ba829]]

**1:05-cv-150 Notice will be electronically mailed to:**

Dana Spring Monzo    dmonzo@mccmck.com

**1:05-cv-150 Notice will be delivered by other means to:**

John Michael Herka
SBI# 531922
DCC
1188 Paddock Road - 19-B-HC
Smyrna, DE 19947

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN MICHAEL HERKA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-150-JJF |
| DOCTOR ALI, et al., | : | |
| Defendants. | : | |

### ORDER

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983;

WHEREAS, on July 12, 2006, this Court entered an Order and served the copy upon Plaintiff at his last known address (D.I. 74);

WHEREAS, on July 26, 2006, the Order was returned as "undeliverable mail" and handwritten on the enveloped was the word "deceased" (D.I. 75);

WHEREAS, the Court's inherent power allows it to enter orders to manage its own affairs "so as to achieve the orderly and expeditious disposition of cases." Hritz v. Woma Corp., 732 F.2d 1178, 1180 (3d Cir. 1984) (citing Link v. Wabash R.R. Co., 370 U.S. 626, 629-31 (1962);

THEREFORE, at Wilmington this ___30___ day of October, 2006, IT IS HEREBY ORDERED that the parties shall comply with the requisites of Federal Rule of Civil Procedure 25(a)(1) by no later than November 16, 2006, for the expeditious disposition of

this case.

                                                    UNITED STATES DISTRICT JUDGE