IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MICHAEL HERKA, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 05-150-JJF |
| DOCTOR ALI, et al., | : |
|     Defendants. | : |

### ORDER

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983;

WHEREAS, on July 13, 2006, this Court entered an Order and served a copy upon Plaintiff at his last known address, on July 26, 2006, the Order was returned as "undeliverable mail," and handwritten on the enveloped was the word "deceased" (D.I. 75, 74);

WHEREAS, on October 20, 2006, the Court ordered the parties to comply with the requisites of Federal Rule of Civil Procedure 25(a)(1) by no later than November 16, 2006, for the expeditious disposition of this case (D.I. 76);

WHEREAS, none of the parties complied with the Court's October 20, 2006 Order;

WHEREAS, it has been more than three months since Plaintiff took any action in this case;

THEREFORE, at Wilmington this _10_ day of January, 2007, IT IS HEREBY ORDERED that, on or before **January 25, 2007**,

Plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1.

                                                       /s/ Joseph J. Farnan, Jr.
                                          United States District Judge