IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN MICHAEL HERKA,          :
                             :
        Plaintiff,           :
                             :
    v.                       :   Civil Action No. 05-150-JJF
                             :
DOCTOR ALI, et al.,          :
                             :
        Defendants.          :

### ORDER

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983;

WHEREAS, on January 10, 2007, the Court ordered Plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1;

WHEREAS, Plaintiff did not file a response to the Show Cause Order;

THEREFORE, at Wilmington this ___8___ day of February, 2007, IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
United States District Judge