

## Other Orders/Judgments
1:05-cv-00150-JJF Herka v. Ali et al
**PaperDocuments**

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 1/10/2007 at 3:33 PM EST and filed on 1/10/2007
**Case Name:**      Herka v. Ali et al
**Case Number:**    1:05-cv-150
**Filer:**
**Document Number:** 78

**Docket Text:**
ORDER TO SHOW CAUSE why case shall not be dismissed for failure to prosecute.Show Cause Response due by 1/25/2007. Signed by Judge Joseph J. Farnan, Jr. on 1/10/2007. (dab)

**1:05-cv-150 Notice has been electronically mailed to:**
Dana Spring Monzo  dmonzo@mccmck.com

**1:05-cv-150 Notice has been delivered by other means to:**

John Michael Herka
SBI# 531922
DCC
1188 Paddock Road - 19-B-HC
Smyrna, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/10/2007] [FileNumber=325888-0]
[95ca9b288bef461c42605dc7494a5455184356fc1b25db90bd97ab8adf6d2f1cea4c
ef7b2e485a73debdb3012c42fe48f14ec1e7d0661c007d2d3aa89c18ce85]]

h    ecf e  c   c   cg b         ch