IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN MICHAEL HERKA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-150-JJF |
| DOCTOR ALI, et al., | : | |
| Defendants. | : | |

### ORDER

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983;

WHEREAS, on January 10, 2007, the Court ordered Plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1;

WHEREAS, Plaintiff did not file a response to the Show Cause Order;

THEREFORE, at Wilmington this ___ day of February, 2007, IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
United States District Judge

## Other Orders/Judgments
1:05-cv-00150-JJF Herka v. Ali et al
PaperDocuments



**U.S. District Court**

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered on 2/9/2007 at 2:52 PM EST and filed on 2/8/2007
**Case Name:** Herka v. Ali et al
**Case Number:** 1:05-cv-150
**Filer:**
**WARNING: CASE CLOSED on 02/08/2007**
**Document Number:** 79

**Docket Text:**
ORDER DISMISSING CASE WITHOUT PREJUDICE for failure to prosecute (copy to pltf.) (CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 2/8/2007. (lec)

**1:05-cv-150 Notice has been electronically mailed to:**
Dana Spring Monzo  dmonzo@mccmck.com

**1:05-cv-150 Notice has been delivered by other means to:**

John Michael Herka
SBI# 531922
DCC
1188 Paddock Road - 19-B-HC
Smyrna, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/9/2007] [FileNumber=341470-0]
[8411822a2f4b7c2bb1071675a03c2b58b900d8080beb1da6ab7db3c4fbb3a4e0700b3
4125f73eac93ef2e66a1d1e309bb137d13e6390da3d23b07cb932de3cfa]]



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Deceased

John Michael Herka
SBI# 531922
DCC
1188 Paddock Road - 19-B-HC
Smyrna, DE 19947

WILMINGTON DE 197
22 FEB 2007 PM 2 L