**REVIEWED**
By Larisha Davis at 11:48 am, Jun 26, 2007

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00150-JJF
### Internal Use Only

| | |
|---|---|
| Herka v. Ali et al | Date Filed: 03/11/2005 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Date Terminated: 02/08/2007 |
| Demand: $1,000,000 | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Prisoner: Prison Conditions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**John Michael Herka**     represented by   **John Michael Herka**
SBI# 531922
DCC
1188 Paddock Road - 19-B-HC
Smyrna, DE 19947
PRO SE

V.

**Defendant**

**Doctor Ali**

**Defendant**

**Dr. Rogers**
*TERMINATED: 07/13/2006*

**Defendant**

**Dr. Burns**     represented by   **Dana Spring Monzo**
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Fax: (302) 655-6827
Email: dmonzo@mccmck.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Mancusco**

**Defendant**

**First Correctional Medicine**
*TERMINATED: 02/07/2006*

**Defendant**

**Betty Bryant**
*TERMINATED: 07/13/2006*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

|  |  |  |
|---|---|---|
|  |  | to: c/o Cordine County Det. Center, 101 Gay St., Denton, MD 21629. (afb, ) (Entered: 02/07/2006) |
| 02/07/2006 |  | (Court only) ***Motions terminated: 57 MOTION to Compel filed by John Michael Herka due to ntc. of deficiency (D.I. 59) sent due to lack of original signature. (afb, ) (Entered: 02/07/2006) |
| 02/07/2006 | 61 | ORDER that Deft. First Correctional Medical is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m). Signed by Judge Joseph J. Farnan, Jr. on 02/07/06. (afb, ) (Entered: 02/07/2006) |
| 02/07/2006 |  | (Court only) *** Party First Correctional Medicine terminated per D.I. 61. (afb, ) (Entered: 02/08/2006) |
| 02/08/2006 |  | (Court only) ***Set Paper Documents Flag (rbe, ) (Entered: 02/08/2006) |
| 02/09/2006 | 62 | MEMORANDUM ORDER that 45 Motion to Expedite Request For Temporary Restraining Order is DENIED; 25 Motion To Reconsider is DENIED; 31 Motion for Temporary Injunction is DENIED IN PART as to the issues of removal from the Segregation Unit and medical care received from Dr. Rogers; The Clerk of the Court is directed to forward a copy of this Memorandum Order to Defendant Dr. Burns; No later than February 27, 2006, Defendant Dr. Burns shall file a response to that portion of the Motion to Issue Temporary Injunction (D.I. 31) relative to rehabilitative exercises and the non-administration of medication. The Court holds its ruling in abeyance on these issues. . Signed by Judge Joseph J. Farnan, Jr. on 02/09/06. (afb, ) (Entered: 02/09/2006) |
| 02/09/2006 |  | Remark : Clerk mailed a copy of Order (D.I. 62) to Dr. Burns at Sussex Correctional Institute, Route 13, Georgetown, DE 19947. (afb, ) (Entered: 02/10/2006) |
| 02/16/2006 | 63 | Re-filing of DI 59 Deficiency Notice and DI 57 Motion with no original signature by John Michael Herka. (afb, ) (Entered: 02/17/2006) |
| 02/27/2006 | 64 | Letter to Judge Joseph J. Farnan, Jr. from Kevin J. Connors, Esq. regarding Motion to Issue Temporary Injunction. (Connors, Kevin) (Entered: 02/27/2006) |
| 02/27/2006 | 65 | ORDER that the portion of the 31 MOTION Temporary Injunction relative to rehabilitative exercises and the non-administration of medication is DENIED as moot. Filed by John Michael Herka . Signed by Judge Joseph J. Farnan, Jr. on 02/27/06. (afb, ) Modified on 2/28/2006 (afb, ). (Entered: 02/27/2006) |
| 02/27/2006 | 66 | ORDER that Pltf.'s 46 Motion to Add Deadling Date is DENIED without prejudice to renew . Signed by Judge Joseph J. Farnan, Jr. on 02/27/06. (afb, ) (Entered: 02/27/2006) |
| 03/24/2006 | 67 | Letter to U.S. District Court from John Herka, dated 03/14/06 requesting copy of original lawsuit, including all motions and decisions up to the current date of 03/14/06. (afb, ) (Entered: 03/27/2006) |
| 03/24/2006 | 68 | Letter to John Michael Herka from The Clerk of the Court - responding to pltf.'s 67 Letter. Clerk's office needs current mailing address. (afb, ) (Entered: 03/27/2006) |
| 04/10/2006 | 69 | Letter to The Clerk of the Court from John Herka, dated 03/28/06, requesting copies. (afb, ) (Entered: 04/11/2006) |
| 06/23/2006 |  | Remark: Plaintiff's address updated per letter filed 6/23/06 (els, ) (Entered: 06/23/2006) |
| 06/23/2006 | 70 | Letter to The Court from John Herka, dated 06/14/06 regarding address change: DCC, 1181 Paddock Road, 19-B-HC, Smyrna, DE 19947. (afb, ) (Entered: 06/26/2006) |
| 06/23/2006 | 71 | (SEALED)courtesy copy of Letter to Cardiology Consultants from John Herka dated 06/13/06, regarding request for new doctor. (afb, ) (Entered: 06/26/2006) |
| 06/23/2006 | 72 | REDACTED VERSION of 71 Letter by John Michael Herka. (Attachments: # 1 envelope)(afb, ) (Entered: 06/26/2006) |